```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAVIDSON HENAO and MIGUEL MERO,           :
individually and on behalf on other similarly :
situated persons,                          :
                                           :
                          Plaintiffs,      :
                                           :
          -against-                        :
                                           :
                                           :
PARTS AUTHORITY, LLC, PARTS                :
AUTHORITY, INC., and NORTHEAST             :
LOGISTICS, INC. d/b/a "DILIGENT DELIVERY   :
SYSTEMS,"                                  :
                                           :
                          Defendants.      :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

19 Civ. 10720 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 17, 2019, a was held.

WHEREAS, Plaintiffs' stated their intention to file an amended complaint asserting federal subject matter jurisdiction based on claims under the Fair Labor Standards Act;

WHEREAS, Plaintiffs' counsel stated that they represent and have engagement letters with approximately 100 individuals who are members of the putative class in this case.

WHEREAS, Defendants assert that many or most of the putative class members are subject to compulsory arbitration agreements.

WHEREAS, Plaintiffs assert that Defendant Northeast Logistics, Inc. (through corporate representatives and not through counsel) has been seeking to settle claims with putative class members in this case, which Defendant Northeast Logistics, Inc. does not deny.

**ORDERED** that Plaintiffs shall file an Amended Complaint by **January 3, 2020**. A civil case management plan and scheduling order will issue separately. It is further

**ORDERED** that the parties are directed to meet and confer and seek to agree on an orderly process by which the parties can determine which putative class members are subject to

compulsory arbitration without the risk of contact between Defendant Northeast Logistics, Inc., and putative class members that potentially interferes with their rights as putative class members, including by providing information that is incomplete, misleading, confusing and not impartial. By **January 10, 2020,** the parties shall submit either a stipulation to this effect to be "so ordered" by the Court, or a <u>joint</u> status letter reporting on the parties' progress and their proposal(s) to the Court as to how to proceed.

**ORDERED** that the initial conference scheduled for January 21, 2020, at 10:40 a.m. is cancelled.

Dated: December 17, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**