

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2020

January 10 2020

VIA ECF
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Haneo, et al. v. Parts Authority, LLC, et. al. 19-cv-10720

Dear Judge Schofield:

We write with the consent of plaintiffs' counsel to request a two business day adjournment of the time for the parties to submit a stipulation or status report regarding "an orderly process by which the parties can determine which putative class members are subject to compulsory arbitration without the risk of contact between Defendant Northeast Logistics, Inc., and putative class members that potentially interferes with their rights as putative class members, including by providing information that is incomplete, misleading, confusing and not impartial." A submission was due today and we respectfully request an adjournment to January 14.

The parties have made considerable progress towards reaching agreement but have a few remaining issues to resolve. No prior request for an extension has been made.

Respectfully submitted,

Andrew P. Marks

cc: Counsel of Record via ECF

Application GRANTED. This application is untimely under the Court's Individual Rules. Nonetheless, the deadline for the parties to submit the relevant stipulation or status report (see Dkt. No. 34) is extended from January 10, 2020, to January 14, 2020. No further extensions will be granted absent extraordinary circumstances.

Dated: January 13, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Manhattan | Westchester | Garden City | Los Angeles