USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

        Plaintiffs,

-against-

PARTS AUTHORITY, INC., et al.,

        Defendants.

19-CV-10720 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated during the confidential settlement conference held on January 21, 2020, it is hereby ORDERED that no later than **January 28, 2020**, the parties shall either (1) file a joint letter attaching a revised stipulation addressing the issues referred to the undersigned magistrate judge for settlement (Dkt. No. 65) and discussed during the settlement conference, or (2) (if the parties are unable to agree on the form of a revised stipulation) contact chambers, by telephone, to arrange for a prompt continued settlement conference to take place telephonically.

Dated: New York, New York
       January 21, 2020

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**