

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

January 28, 2020

VIA ECF

Hon. Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    Haneo, et al. v. Parts Authority, LLC, et. al. 19-cv-10720

Dear Judge Moses:

Pursuant to Your Honor's Order of January 21, 2020 (Dkt. Np. 67), we write, together with plaintiffs' counsel, to submit a stipulation on procedures for determining which putative class members are subject to compulsory arbitration and for regulating direct settlement communications between defendants and plaintiffs. A copy of the stipulation is enclosed.

Respectfully submitted,

Andrew P. Marks

cc: Counsel of Record via ECF