UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, o*n behalf of himself and all others similarly situated*, et al.,

    Plaintiffs,

-against-

PARTS AUTHORITY, INC, et al.,

    Defendants.

19-CV-10720 (LGS) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/20

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

Judge Moses will conduct a telephonic conference on defendants' letter-motion dated February 6, 2020 (Dkt. No. 79) on **February 14, 2020, at 11:30 a.m.** Counsel for the parties are directed to call (212) 805-0228 a few minutes before 11:30 a.m., with all attorneys on one line.[1]

Dated: New York, New York
       February 13, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] If the parties are unavailable on February 14 at 11:30 a.m., they shall promptly call chambers, with all attorneys on one line, to arrange for an alternative time and/or date for the conference.