USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, o*n behalf of himself and all others similarly situated*, et al.,

        Plaintiffs,

-against-

PARTS AUTHORITY, INC, et al.,

        Defendants.

19-CV-10720 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the February 14, 2020 telephonic conference, it is hereby ORDERED that:

1. The parties shall exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) – as to the individual claims of plaintiffs Davidson Henao, Miguel Mero, and Shawn Williams, but not otherwise – no later than **March 6, 2020**.

2. Except as provided in this Order, and in the parties' stipulated agreement so-ordered by the Court on January 29, 2020 (Dkt. No. 71), all discovery is STAYED pending further order of the Court.

The Clerk of Court is respectfully directed to terminate the letter-motion at Dkt. No. 79.

Dated: New York, New York
      February 14, 2020

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**