```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVIDSON HENAO and MIGUEL MERO,           :
individually and on behalf on other similarly :
situated persons,                          :
                                           :       19 Civ. 10720 (LGS)
                        Plaintiffs,        :
                                           :            ORDER
            -against-                      :
                                           :
                                           :
PARTS AUTHORITY, LLC, PARTS                :
AUTHORITY, INC., and NORTHEAST             :
LOGISTICS, INC. d/b/a "DILIGENT DELIVERY   :
SYSTEMS,"                                  :
                                           :
                        Defendants.        :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the December 17, 2019, civil case management plan and scheduling order, the parties were required to submit a status letter on March 23, 2020 (Dkt. No. 35);

WHEREAS on March 23, 2020, no such letter was filed. It is hereby

**ORDERED** that the parties shall submit the status letter by **March 27, 2020**, as outlined in the Court's Individual Rules. The parties are reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: March 26, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE