



I Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

May 4, 2020

**VIA ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, New York 10007

**MEMO ENDORSED**

**Re:**  *Henao et al. v. Parts Authority, LLC et al.,*  Case No. 1:19-cv-10720 (LGS) (BCM)

Dear Judge Moses:

In light of challenges presented by the COVID-19 pandemic, we write on behalf of all defendants to respectfully request a one-week extension of the briefing deadlines applicable to the forthcoming motion to dismiss the Second Amended Complaint. The proposed changes to the briefing schedule are as follows:

|                     | Prior Deadline | New Deadline   |
|---------------------|----------------|----------------|
| Motion papers:      | May 6, 2020    | May 13, 2020   |
| Opposition papers:  | June 3, 2020   | June 10, 2020  |
| Reply papers:       | June 17, 2020  | June 24, 2020  |

This is the first request for an extension of these deadlines. We asked Plaintiffs if they consent but have not received a reply. We expect no objection as this proposed schedule is roughly what Plaintiffs proposed shortly before it was established (*see* Dkt. No. 88, p. 5).

We greatly appreciate the Court's time and attention during this difficult time.

Respectfully submitted,

/s/ David S. Warner

David S. Warner

cc:  counsel of record (via ECF)

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
May 5, 2020

Manhattan  |  Westchester  |  Garden City  |  Los Angeles