UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
DAVIDSON HENAO and MIGUEL MERO, individually and on behalf on other similarly situated persons,

                          Plaintiffs,

-against-

PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., and NORTHEAST LOGISTICS, INC. d/b/a "DILIGENT DELIVERY SYSTEMS,"

                          Defendants.
------------------------------------------------------------X

19 Civ. 10720 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the case management conference currently scheduled for June 9, 2020, (*see* Dkt. No. 35) is adjourned sine die.

Dated: June 3, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**