```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

      Plaintiffs,

-against-

PARTS AUTHORITY, INC., et al.,

      Defendants.

19-CV-10720 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's telephonic status conference, the parties shall file a joint letter, on or before **July 1, 2020**, advising the Court as to whether they request oral argument on defendants' motion to dismiss the second amended complaint (Dkt. No. 92). If the parties request oral argument, they shall provide two mutually available days for argument and advise the Court as to whether they prefer a teleconference (using the Court's AT&T technology) or a videoconference (using the Court's Skype for Business technology).

    Judge Moses will conduct a further status conference on **December 9, 2020, at 10:00 a.m.** No later than **December 2, 2020**, the parties shall submit a joint status letter updating the Court on the progress of discovery. The Court will issue a separate order closer to the date of the conference informing the parties of whether the conference will be held remotely or in person.

Dated: New York, New York
        June 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**