IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVIDSON HENAO, MIGUEL MERO, OMOBOWALE AVOSEH, RASHEEM MARTIN, and SHAWN WILLIAMS, for themselves and all others similarly situated,**<br><br>                       Plaintiffs,<br><br>            v.<br><br>**PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., YARON ROSENTHAL, NORTHEAST LOGISTICS, INC. d/b/a "Diligent Delivery Systems," ARIZONA LOGISTICS, INC. d/b/a "Diligent Delivery Systems," BBB LOGISTICS, INC. d/b/a "Diligent Delivery Systems," MICHIGAN LOGISTICS, INC. d/b/a "Diligent Delivery Systems," LARRY BROWNE, DOES 1-20 d/b/a "Diligent Delivery Systems," and DOES 21-40**,<br><br>                       Defendants. | Case No. 1:19-cv-10720-LGS-BM<br><br>Class / Collective Action |

**NOTICE OF FILING OPT-IN**
**CONSENT FORM PURSUANT TO 29 U.S.C. 216(b)**

TO THE CLERK OF COURT:

Please take notice that the undersigned counsel, on behalf of Plaintiffs, LOUIS BOLDEN, LATONYA SIMS, RALPH BREA, LATOYA BROWN, and MARTIN WILLIAMS JR hereby respectfully submit the Consent to Become a Party Plaintiff Forms (attached as Exhibit A, B, C, D, and E) received from the following putative Class members:

1. Louis Bolden
2. Latonya Sims
3. Ralph Brea
4. LaToya Brown
5. Martin Williams Jr

Dated: October 30, 2020                    Respectfully submitted,

*/s/Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
Andrew White
**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
Facsimile: (914) 824-1561
jfrei-pearson@fbfglaw.com
awhite@fbfglaw.com

**WEINHAUS & POTASHNICK**
Mark Potashnick, MO Bar # 41315
(admitted *pro hac vice*)
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150 ext. 2
Facsimile: (314) 984-810
markp@wp-attorneys.com

cc: All counsel of record (Via ECF)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                            */s/ Jeremiah Frei-Pearson*