USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

        Plaintiffs,                         19-CV-10720 (BCM)

  -against-                                **ORDER**

PARTS AUTHORITY, INC., et al.,

        Defendants.

**BARBARA MOSES, United States Magistrate Judge.**

    In a letter-motion dated November 24, 2020 (Dkt. No. 125), defendants requested leave to file a motion to dismiss the Third Amended Complaint for lack of personal jurisdiction, improper venue, insufficient service of process, and failure to state a claim. They also proposed a briefing schedule. (*Id.*) By Order dated December 4, 2020, Judge Schofield granted defendants' request and set a briefing schedule. (Dkt. No. 128.)

    In their November 24 letter-motion, defendants also requested a stay of discovery pending Judge Schofield's decision on their motion to dismiss. (Dkt. No. 125 at 2.) The request for a stay is within the scope of my reference. The parties shall be prepared to discuss the stay request at the status conference scheduled for December 9, 2020.

Dated: New York, New York
       December 7, 2020

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**