```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

    Plaintiffs,

-against-

PARTS AUTHORITY, LLC, et al.,

    Defendants.

19-CV-10720 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's conference, discovery is STAYED as to defendants BBB Logistics Inc., Arizona Logistics Inc., and Larry Browne, pending decision on these defendants' forthcoming motion to dismiss.

    The Court will conduct a further telephonic status conference on **February 8, 2021, at 11:00 a.m.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387. No later than **February 1, 2021**, the parties shall file a joint status letter, updating the Court on the status of discovery to date.

Dated: New York, New York
       December 9, 2020

                                **SO ORDERED**.

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**