UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVIDSON HENAO, MIGUEL MERO, OMOBOWALE AVOSEH, RASHEEM MARTIN, and SHAWN WILLIAMS, for themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    -against-<br><br>PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., YARON ROSENTHAL, NORTHEAST LOGISTICS, INC. d/b/a "Diligent Delivery Systems," ARIZONA LOGISTICS, INC. d/b/a "Diligent Delivery Systems," BBB LOGISTICS, INC. d/b/a "Diligent Delivery Systems," MICHIGAN LOGISTICS, INC. d/b/a "Diligent Delivery Systems," LARRY BROWNE, DOES 1-20 d/b/a "Diligent Delivery Systems," and DOES 21-40,<br><br>    Defendants. | 19-cv-10720 (LGS)<br><br><br><br>**NOTICE OF MOTION** |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the Third Amended Complaint filed herein, the Declaration of Camille Harvey in Support of Defendants' Motion to Dismiss the Second Amended Complaint, sworn to on May 12, 2020 (Dkt. No. 93), the Declaration of Andrew P. Marks in Support of Defendants' Motion to Dismiss the Second Amended Complaint, sworn to on May 13, 2020 (Dkt. No. 94), the exhibits attached to each (Dkt. Nos. 93-1 to 93-4 and 94-1 to 94-4), and the accompanying memorandum of law, Defendants Arizona Logistics, Inc., BBB Logistics, Inc. and Larry Browne (collectively, "Defendants"), by and through their undersigned counsel, will and hereby do move this Court, before the Honorable Lorna G. Schofield, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(2),

1

(5) and (6), dismissing all claims alleged against them in the Third Amended Complaint, with

prejudice, and for such further and other relief as the Court deems just and proper.

Dated: December 21, 2020
      Rye, New York

Respectfully,


s/ Andrew P. Marks_____
Andrew P. Marks
David S. Warner

DORF & NELSON LLP
555 Theodore Fremd Avenue
Rye, New York 10580
(914) 381-7600
amarks@dorflaw.com
dwarner@dorflaw.com

*Attorneys for Defendants*
   *Northeast Logistics, Inc., Arizona*
   *Logistics, Inc., Michigan Logistics, Inc.,*
   *BBB Logistics, Inc. and Larry Browne*