```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

        Plaintiffs,

-against-

PARTS AUTHORITY, LLC, et al.,

        Defendants.

19-CV-10720 (LGS)(BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's telephonic status conference, the parties shall meet and confer promptly and in good-faith in an effort to resolve any disputes pertaining to (1) limited Rule 30(b)(6) depositions in aid of plaintiffs' electronic discovery, and (2) written discovery concerning the opt-in plaintiffs. Any unresolved issues shall be presented to the Court in accordance with Moses Ind. Prac. § 2(b) no later than **February 19, 2021**. Letters in opposition shall be filed no later than **February 24, 2021**.

Dated:  New York, New York
          February 8, 2021

                                          **SO ORDERED**.

                                          _____
                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**