```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

        Plaintiffs,

-against-

PARTS AUTHORITY, LLC, et al.,

        Defendants.

19-CV-10720 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

       By order dated February 8, 2021, the Court directed the parties to "meet and confer promptly and in good-faith in an effort to resolve any disputes pertaining to (1) limited Rule 30(b)(6) depositions in aid of plaintiffs' electronic discovery, and (2) written discovery concerning the opt-in plaintiffs." (Dkt. No. 143.) The Court further ordered the parties to present any unresolved issues to the Court in the form of a letter-motion. (*See id.*) The deadline to do so has now passed. (*See* Dkt. No. 150.)

       It is hereby ORDERED that the Court will conduct a telephonic status conference on **April 28, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387. No later than April 21, 2021, the parties shall file a joint letter, updating the Court on the status of discovery and settlement negotiations.

Dated: New York, New York
       April 5, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**