IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVIDSON HENAO, MIGUEL MERO, OMOBOWALE AVOSEH, RASHEEM MARTIN, and SHAWN WILLIAMS, for themselves and all others similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., YARON ROSENTHAL, NORTHEAST LOGISTICS, INC. d/b/a "Diligent Delivery Systems," ARIZONA LOGISTICS, INC. d/b/a "Diligent Delivery Systems," BBB LOGISTICS, INC. d/b/a "Diligent Delivery Systems," MICHIGAN LOGISTICS, INC. d/b/a "Diligent Delivery Systems," LARRY BROWNE, DOES 1-20 d/b/a "Diligent Delivery Systems," and DOES 21-40,<br><br>      Defendants. | Case No. 1:19-cv-10720-LGS-BM<br><br>[PROPOSED] ORDER SETTING JURISDICTIONAL DISCOVERY SCHEDULE |

    Pursuant to the Court's April 6, 2021 Order granting Plaintiffs' request for limited jurisdictional discovery and the Parties' agreement to the below schedule, it is hereby:

    ORDERED, that by April 13, 2021 Plaintiffs shall serve Defendants BBB Logistics, Inc., Arizona Logistics, Inc., and Larry Browne with discovery requests concerning limited jurisdictional discovery; and it is further

    ORDERED, that by May 4, 2021 Defendants shall serve written responses to Plaintiffs' discovery requests and produce all responsive documents that are not being withheld due to privilege or objection; and it is further

ORDERED, that by April 13, 2021 Plaintiffs may serve Defendants a Notice or Amended Notice of Deposition[1] pursuant to Fed. R. Civ. P. 30(b)(6) concerning limited jurisdictional discovery and it is further

ORDERED, that the Parties shall confer about depositions by April 16, 2021 and, if the Parties are unable to reach agreement on any issues, Defendants shall move for a protective order by April 22, 2021; and it is further

ORDERED, that such depositions shall be completed by May 14, 2021.

Dated: April 13, 2021
New York, NY

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] Defendants do not consent to an "Amended" Deposition Notice because no prior notice was addressed to Defendants BBB Logistics, Inc. or Arizona Logistics, Inc.