```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

    Plaintiffs,

-against-

PARTS AUTHORITY, LLC, et al.,

    Defendants.

19-CV-10720 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the letter-application of certain Diligent Defendants, dated April 22, 2021 (April 22 Letter) (Dkt. No. 156), seeking discovery relief including a protective order. In light of the Order dated April 6, 2021 issued by Judge Schofield (Dkt. No. 152), setting a jurisdictional discovery schedule, including a response deadline of May 4, 2021 for the discovery requests now at issue, Judge Moses will hear argument on the April 22 letter-application during the previously-scheduled status conference on April 28. Plaintiffs' response to the letter-application shall be filed no later than **April 27, 2021**.

Dated: New York, New York
       April 23, 2021

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**