# **<u>EXHIBIT 8</u>**

**Form 503**
**(Revised 09/13)**

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
Filing Fee: $25



**Assumed Name Certificate**

This space reserved for office use.

**F I L E D**
**In the Office of the**
**Secretary of State of Texas**

**MAY 27 2016**

**Corporations Section**

## Assumed Name

1. The assumed name under which the business or professional service is, or is to be, conducted or rendered is:  Diligent Delivery Systems

## Entity Information

2. The legal name of the entity filing the assumed name is:

B B B Logistics, Inc.

*State the name of the entity as currently shown in the records of the secretary of state or on its organizational documents, if not filed with the secretary of state.*

3. The entity filing the assumed name is a: (Select the appropriate entity type below.)

☒ For-profit Corporation                    ☐ Limited Liability Company

☐ Nonprofit Corporation                     ☐ Limited Partnership

☐ Professional Corporation                  ☐ Limited Liability Partnership

☐ Professional Association                  ☐ Cooperative Association

☐ Other _____

*Specify type of entity. For example, foreign real estate investment trust, state bank, insurance company, etc.*

4. The file number, if any, issued to the entity by the secretary of state is:  800002685

5. The state, country, or other jurisdiction of formation of the entity is:  Texas

6. The entity's principal office address is:

333 N. Sam Houston Pkwy E., Ste 1000
*Street or Mailing Address*

Houston _____  TX _____  USA _____  77060 _____
*City*                   *State*    *Country*    *Postal or Zip Code*

## Period of Duration

☒ 7a. The period during which the assumed name will be used is 10 years from the date of filing with the secretary of state.

OR

☐ 7b. The period during which the assumed name will be used is _____ years from the date of filing with the secretary of state (not to exceed 10 years).

OR

☐ 7c. The assumed name will be used until _____ (not to exceed 10 years).
*mm/dd/yyyy*

Form 503                                    4                              BBB/Henao 0003

05/27/2016  14:16   7139639169          ZUKOWSKI BRESENHAN                    PAGE  16/33

## County or Counties in which Assumed Name Used

8. The county or counties where business or professional services are being or are to be conducted or rendered under the assumed name are:

☒ All counties

☐ All counties with the exception of the following counties: _____

_____

☐ Only the following counties: _____

_____

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and also certifies that the person is authorized to sign on behalf of the identified entity. If the undersigned is acting in the capacity of an attorney in fact for the entity, the undersigned certifies that the entity has duly authorized the undersigned in writing to execute this document.

Date:   May 24, 2016

_____
Signature of a person authorized by law to sign on behalf of the identified entity (see instructions)

Maurice Bresenhan Jr., Attorney-in-fact
for Larry N. Browne, CEO

Form 503                                      5

BBB/Henao 0004