# **EXHIBIT 12**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVIDSON HENAO, MIGUEL MERO, OMOBOWALE AVOSEH, RASHEEM MARTIN, and SHAWN WILLIAMS, for themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., YARON ROSENTHAL, NORTHEAST LOGISTICS, INC. d/b/a "Diligent Delivery Systems," ARIZONA LOGISTICS, INC. d/b/a "Diligent Delivery Systems," BBB LOGISTICS, INC. d/b/a "Diligent Delivery Systems," MICHIGAN LOGISTICS, INC. d/b/a "Diligent Delivery Systems," LARRY BROWNE, DOES 1-20 d/b/a "Diligent Delivery Systems," and DOES 21-40,<br><br>　　　　　　　　Defendants. | 19-cv-10720 (LGS) (BCM)<br><br>**DEFENDANT ARIZONA LOGISTICS, INC.'S ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

In accordance with the Court's orders in the above-captioned action on April 6, 13 and 28, 2021, the parties' agreement, Rule 33 of the Federal Rules of Civil Procedure, and Local Rule 33.3 of the Civil Rules of the United States District Court for the Southern District of New York, Defendant Arizona Logistics, Inc. ("Defendant"), by and through its undersigned attorneys of record, hereby responds to Plaintiffs' First Set of Interrogatories dated April 13, 2021. Defendant bases the following answers on information presently available and reserves the right to revise, correct, add to, or clarify these answers. The fact that Defendant has responded or objected to any interrogatory or part thereof should not be taken as an admission that Defendant

accepts or admits the existence of any fact set forth or assumed by Plaintiffs' request, or that such response or objection constitutes admissible evidence.

Plaintiffs' Interrogatories have been re-stated below in accordance with the parties' agreement, including limiting the class period to 2016 to the present, and the Court's orders.

**INTERROGATORY NO. 2:** Identify all persons with direct or indirect ownership interests in Ariz. Logistics (whether of record or beneficial). For each such person, describe with particularity the nature and proportion of such ownership interest.

**ANSWER:** Larry Browne owns all of Defendant's outstanding shares.

**INTERROGATORY NO. 3:** Identify all persons who have the ability to direct or cause the direction of the management of or policies related to delivery drivers whom Ariz. Logistics provides for engagements with Parts Authority LLC, Parts Authority, Inc., Parts Authority Arizona, LLC, or any other Parts Authority-affiliated location.

**ANSWER:** None. Defendant has not engaged independent owner operators to deliver products from Parts Authority stores for over two years.

**INTERROGATORY NO. 4:** Identify all vendors or other entities utilized by Ariz. Logistics for any [sic] to provide any management, operational, administrative, consulting, accounting, financial, or cash management services and the all persons responsible for the retention of any such vendor or entity.

**ANSWER:** Norlyn Enterprises, Inc., which Larry Browne is responsible for retaining.

**INTERROGATORY NO. 5:** Identify all officers and directors of BBB Logistics, Northeast Logistics, Inc., Michigan Logistics, Inc. and Arizona Logistics, Inc. throughout the class period.

**ANSWER:** Larry Browne has been the sole director of the foregoing entities since 2016. The officers of these entities have been as follows: Larry Browne, Chief Executive Officer; Darl Petty, Chief Financial Officer; Tony Carter, Chief Operating Officer (2016-2019); and Doak Medchill, Chief Operating Officer (2020 to present).

**INTERROGATORY NO. 6:** Identify all states in which drivers for Ariz. Logistics performed services for any Parts Authority entity or store.

**ANSWER:** Defendant engaged with independent owner operators to deliver products from Parts Authority stores within the state of Arizona only.

**INTERROGATORY NO. 7:** Identify all agreements between Ariz. Logistics and any Parts Authority entity or store.

**ANSWER:** None. Defendant last provided services to Parts Authority in accordance with the Master Client Services Agreement between Diligent Delivery Systems and Parts Authority dated August 30, 2010.

**INTERROGATORY NO. 8:** Describe with particularity the business relationship between Ariz. Logistics and Norlyn Enterprises.

**ANSWER:** Norlyn Enterprises, Inc. provides Defendant with back-office services in the areas of accounting, billing, collection, finance, human resources, information technology, independent contractor resources, legal, marketing, and sales.

Dated: May 4, 2021
Rye, New York

/s/ Andrew P. Marks
Andrew P. Marks
David S. Warner

**DORF & NELSON LLP**
555 Theodore Fremd Avenue
Rye, NY 10580
(914) 381-7600
amarks@dorflaw.com
dwarner@dorflaw.com

*Attorneys for Defendants Arizona Logistics, Inc., BBB Logistics, Inc., Northeast Logistics, Inc., Michigan Logistics, Inc., and Larry Browne*

## VERIFICATION

I, Darl Petty, declare and state that I have been authorized to verify the foregoing answers to Plaintiffs' First Set of Interrogatories to Arizona Logistics, Inc. I have read the foregoing answers and they are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May __14__, 2021
Houston, Texas

_____
Darl Petty