USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

      Plaintiffs,

-against-

PARTS AUTHORITY, LLC, et al.,

      Defendants.

19-CV-10720 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's status and scheduling conference, it is hereby ORDERED that:

1. To the extent the parties are unable to resolve their pending discovery disputes without court intervention, any party seeking relief shall file its letter-motion, in accordance with Moses Ind. Prac. § 2(b), no later than **September 21, 2021**. Letters in opposition shall be filed no later than **September 27, 2021**. Optional replies shall be filed no later than **September 30, 2021**. The Court will conduct a discovery conference on **October 5, 2021, at 10:00 a.m**. The conference will be conducted remotely using the Court's videoconferencing technology (Microsoft Teams). Members of the public may join by dialing (917) 933-2166 and entering the access code 540997561#. Chambers will email a video link to counsel in advance of the conference. It is the Court's practice to resolve discovery disputes at the conference, based on the parties' letters and such argument as may be presented during the conference, unless the Court determines that more formal briefing is required.

2. The deadline to complete all fact discovery is **February 28, 2022**. The parties are cautioned that it is up to them to budget the time between now and that deadline

appropriately, making allowances (if they deem it necessary) for any anticipated post-deposition written discovery.

3. The deadline to complete all discovery, including expert discovery, is **April 29, 2022**.

Dated: New York, New York
August 23, 2021

                          **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**