## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVIDSON HENAO, MIGUEL MERO, OMOBOWALE AVOSEH, RASHEEM MARTIN, and SHAWN WILLIAMS, for themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC., YARON ROSENTHAL, NORTHEAST LOGISTICS, INC. d/b/a "Diligent Delivery Systems," ARIZONA LOGISTICS, INC. d/b/a "Diligent Delivery Systems," BBB LOGISTICS, INC. d/b/a "Diligent Delivery Systems," MICHIGAN LOGISTICS, INC. d/b/a "Diligent Delivery Systems," LARRY BROWNE, DOES 1-20 d/b/a "Diligent Delivery Systems," and DOES 21-40<br><br>      Defendant. | Case No. 1:19-cv-10720-LGS-BCM<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF OPT-IN PLAINTIFF LATOYA BROWN-GILLS** |

Comes now, Opt-in Plaintiff Latoya Brown-Gills, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(i), and hereby voluntarily dismisses with prejudice his claims in the above-captioned action against Parts Authority, LLC, Parts Authority, Inc., Yaron Rosenthal, Northeast Logistics, Inc. d/b/a Diligent Delivery Systems, Arizona Logistics, Inc. d/b/a Diligent Delivery Systems, BBB Logistics, Inc. d/b/a Diligent Delivery Systems, Michigan Logistics, Inc. d/b/a Diligent Delivery Systems, Larry Browne, Does 1-20 d/b/a Diligent Delivery Systems, and Does 21-40, with each party to bear its own attorney's fees and costs.

{00280780 }

Dated: September 17, 2021
        White Plains, New York

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**

By:  */s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
One North Broadway Suite 900
White Plains, New York 10601
Tel: 914-298-3284
Jfrei-pearson@fbfglaw.com

*Attorneys for Plaintiff and the Putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing on

September 17, 2021

*/s/ Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
