UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVIDSON HENAO, et al.,

                              Plaintiffs,   :   19 Civ. 10720 (LGS)

        -against-   :   ORDER

PARTS AUTHORITY, INC., et al.,

                             Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on October 30, 2020, Plaintiffs filed a Third Amended Complaint alleging wage-and-hour violations under the Fair Labor Standards Act ("FLSA") and state law;

       WHEREAS, on September 17, 2021, Opt-In Plaintiffs Louis Bolden, LaTonya Sims and Latoya Brown-Gills filed notices of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It is hereby

       **ORDERED** that Opt-In Plaintiffs' counsel shall submit a declaration or affidavit within thirty (30) days (1) stating that Opt-In Plaintiffs have been clearly advised that the settlement of this case does not preclude them from filing another lawsuit against the same Defendant(s) and (2) affirming that the settlement agreement does not contain a release of Defendant(s). *See Flores v. Lexington Fresh Farm Inc.*, No. 21 Civ. 912, 2021 WL 3406339, at *2 (S.D.N.Y. Aug. 4, 2021). If either or both of these statements is untrue, Plaintiff's counsel shall file a letter explaining.

Dated: September 20, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE