UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVIDSON HENAO, et al.,

    Plaintiffs,

-against-

PARTS AUTHORITY, LLC, et al.,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/21
```

19-CV-10720 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' letter-motion dated October 8, 2021 (Dkt. No. 177), which runs over 6 single-spaced pages in length. The parties are reminded that absent express permission from the Court, "letter-motions may not exceed four pages in length, exclusive of attachments, which should be kept to a minimum." Moses Ind. Prac. § 1(d). Plaintiffs shall re-file their letter-motion, in accordance with my Individual Rules, no later than close of business on **October 14, 2021**. Defendants shall respond no later than **October 18, 2021**. Plaintiffs may file an optional reply, limited to two pages, no later than **October 20, 2021**.

    The discovery conference currently scheduled for October 19, 2021, at 11:00 a.m. is hereby ADJOURNED to **October 21, 2021, at 9:30 a.m.** The conference will be conducted telephonically using the Court's AT&T conferencing line. The parties are directed to call (888) 557-8511 and enter the access code 7746387#.

Dated: New York, New York
       October 13, 2021

                                          **SO ORDERED**.

                                          _____
                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**