# EXHIBIT 10

**STEVE SPRITZER**

```
                                                                1

 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.: 1:19-CV-10720-LGS-BM
    --------------------------------------------------------x
 3
    DAVIDSON HENAO, MIGUEL MERO, OMOBOWALE AVOSEH,
 4  RASHEEM MARTIN and SHAWN WILLIAMS, for themselves
    and all others similarly situated,
 5
                          Plaintiff,
 6
         - against -
 7
    PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC.,
 8  YARON ROSENTHAL, NORTHEAST LOGISTICS, INC.,
    d/b/a "Diligent Delivery Systems," ARIZONA
 9  LOGISTICS, INC., d/b/a "Diligent
    Delivery Systems," BBB LOGISTICS, INC., d/b/a
10  "Diligent Delivery Systems,"
    MICHIGAN LOGISTICS, INC. D/b/a "Diligent
11  Delivery Systems", LARRY BROWNE, DOES 1-20
    d/b/a "Diligent Delivery Systems," and
12  DOES 21-40,

13                        Defendants.

14  --------------------------------------------------------x
                                          May 18, 2021
15                                        10:04 a.m.

16

17

18         VIDEOTAPED DEPOSITION of STEVE SPRITZER,

19  held REMOTELY, before Victoria Russo, a Certified

20  Shorthand Reporter and Notary Public within and for

21  the States of New York and New Jersey, commencing

22  on the above date and time.

23

24

25
```

32

```
 1          Q.    What else?
 2          A.    That's all, to my knowledge.
 3          Q.    Did you make any attempt to ascertain
 4    which departments would have these documents?
 5          A.    Yes.
 6          Q.    What did -- how did you do that?
 7          A.    Based on previous searches that we
 8    have done would identify which departments and
 9    individuals have said documents in their custodian.
10          Q.    Does the Google Drive have to be --
11    how can one get documents from the Google Drive?
12          A.    They can log into the web portal,
13    upload or download them.
14          Q.    And can one log into the web portal
15    and search all across the Google Drive regardless of
16    department?
17          A.    No, IT can but --
18          Q.    So IT can.  Is there any burden to IT
19    for running searches all across the Google Drive?
20          A.    Yes.
21          Q.    What is the burden?
22          A.    Time and effort and the scope of the
23    search, depending on what criteria we are searching
24    for, can actually crash the search causing us to
25    start over from scratch.
```

1    A.    Administrative staff, counter staff.
2  It's almost everyone.
3    Q.    Okay.
4          Does Parts Authority have any e-mail
5  systems other than Google Mail?
6    A.    No.
7    Q.    Are all e-mails archived on Google
8  Mail?
9    A.    Yes.
10   Q.    Does Parts Authority permanently
11 delete any e-mails?
12   A.    No.
13   Q.    Is it possible to search all Parts
14 Authority e-mails simultaneously through Google Mail
15 or do searches have to go custodian by custodian?
16   A.    It is possible to search all
17 mailboxes.
18   Q.    Is that something Parts Authority has
19 done in the past?
20   A.    Yes.
21         MS. STILLER:  I'm going to -- okay.
22 Go ahead.  Sorry.  Give me time to object and to
23 unmute myself.
24   Q.    How often -- how many times has Parts
25 Authority searched all mailboxes?

1         A.    Not personally.

2         Q.    Have you spoken with people who have

3    run the searches?

4         A.    Yes.

5         Q.    Do you have any -- what is the

6    shortest search of which you are aware time-wise?

7               MS. STILLER:  Objection.

8               You can answer.

9         A.    I'm not aware of a time frame of an

10   initial search.

11        Q.    But you testified that it was

12   burdensome to do these searches.  So how are you not

13   aware of any time frame for how long the searches

14   take?

15              MS. STILLER:  Objection.

16        A.    Because the searches in question have

17   crashed the system or the searches in question that

18   I am aware of were broad enough, and that's why they

19   were brought to my attention.

20        Q.    So you have been aware of some broad

21   searches that crashed the system, but you haven't

22   done any looking into searches that did not crash

23   the system?

24              MS. STILLER:  Objection.

25        A.    Personally, no.

```
 1        Q.    How many searches for this information
 2   have crashed the system?
 3              MS. STILLER:  Objection.
 4        A.    I cannot speak to how many.  I do not
 5   know.
 6        Q.    Approximately, how many?
 7              MS. STILLER:  Objection.
 8        A.    Again, I do not know approximate.
 9        Q.    Well, it was brought to your attention
10   when these searches crashed the system, correct?
11        A.    Some of them.  Perhaps not all of
12   them.
13        Q.    How many times was it brought to your
14   attention?
15        A.    To my knowledge, a handful.
16        Q.    So a handful in the more than hundred
17   plus drivers for whom Parts Authority has produced
18   this information has crashed the system, to your
19   knowledge, correct?
20              MS. STILLER: Objection. It assumes
21   facts that are not -- well, objection on a variety
22   of grounds.  It's outside the scope of the
23   deposition.  It assumes facts that are -- it assumes
24   facts that are not in evidence or are not
25   necessarily accurate, but you can answer, if you
```

```
 1   information in its Google Drive?
 2               MS. STILLER:  Objection.  Beyond the
 3   scope.
 4               You can answer.
 5        A.     Yes.
 6        Q.     Is there a GUI that's used to access
 7   data on the Google Drive?
 8        A.     Yes.
 9        Q.     What is the GUI?
10        A.     It's called Google Vault, V-A-U-L-T.
11        Q.     What is the difference between the
12   Google Drive and G Suite?
13        A.     Google Drive is one part of G Suite.
14        Q.     Does Parts Authority provide computers
15   to some of its employees?
16               MS. STILLER:  I'll object to the
17   extent that it is outside of the 30(b)(6) relating
18   to this period in its litigation, but other than
19   that, you can answer it, if you can.
20        A.     Parts Authority provides computers for
21   use at work, yes, to some of its employees.
22        Q.     Do individuals store information on
23   their individual hard drives?
24               MS. STILLER:  Same objections as
25   before.
```