# Exhibit B

**STEVE SPRITZER**

1

```
1            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
2            CASE NO.: 1:19-CV-10720-LGS-BM
    ----------------------------------------------------x
3
    DAVIDSON HENAO, MIGUEL MERO, OMOBOWALE AVOSEH,
4   RASHEEM MARTIN and SHAWN WILLIAMS, for themselves
    and all others similarly situated,
5
                        Plaintiff,
6
        - against -
7
    PARTS AUTHORITY, LLC, PARTS AUTHORITY, INC.,
8   YARON ROSENTHAL, NORTHEAST LOGISTICS, INC.,
    d/b/a "Diligent Delivery Systems," ARIZONA
9   LOGISTICS, INC., d/b/a "Diligent
    Delivery Systems," BBB LOGISTICS, INC., d/b/a
10  "Diligent Delivery Systems,"
    MICHIGAN LOGISTICS, INC. D/b/a "Diligent
11  Delivery Systems", LARRY BROWNE, DOES 1-20
    d/b/a "Diligent Delivery Systems," and
12  DOES 21-40,

13                      Defendants.

14  ----------------------------------------------------x
                                    May 18, 2021
15                                  10:04 a.m.

16

17

18          VIDEOTAPED DEPOSITION of STEVE SPRITZER,

19  held REMOTELY, before Victoria Russo, a Certified

20  Shorthand Reporter and Notary Public within and for

21  the States of New York and New Jersey, commencing

22  on the above date and time.

23

24

25
```

## STEVE SPRITZER

39

1          MS. STILLER:  Again, I'm going to

2  object.  I think it's overbroad, but you can answer,

3  if you can.

4          A.    I cannot.

5          Q.    Approximately?

6          A.    Hundreds.

7          Q.    Aside from litigation, has Parts

8  Authority ever claimed that there is a burden

9  associated with searching all mailboxes?

10         A.    Yes.

11         MS. STILLER:  I object to the form of

12  the question.  I think it's overbroad.

13         You can answer.

14         Q.    When did -- when did that occur?

15         A.    I cannot pinpoint a specific time that

16  that occurred and it occurs.

17         Q.    Why does it occur?  Can you describe

18  any of those occurrences?

19         A.    Yes.

20         Q.    Please do so.

21         MS. STILLER:  Again, I'm going to

22  object since it is not related to the scope of the

23  deposition, but you can answer.

24         A.    There could be an e-mail that came in

25  from a vendor that we weren't sure whose mailbox it

## STEVE SPRITZER

40

1  is, if a person no longer works here and an invoice

2  is missing, things of that nature.

3       Q.     And Parts Authority would object to

4  running that search as overly broad and burdensome?

5       A.     If the search crashed the first time,

6  yes.

7       Q.     How many times does the search crash

8  the first time?

9       A.     Depending on how --

10            MS. STILLER:  Note my objection, but

11  you can answer.

12       A.     Depending on how broad the search

13  criteria is, most of the time.

14       Q.     Are there times where the search

15  crashes the first time and then Parts Authority just

16  runs a second search?

17       A.     There are times that has happened.

18       Q.     Are there times when the search

19  doesn't crash the first time?

20       A.     Yes.

21       Q.     How many times -- is there anything

22  different between running a search the first time or

23  running it again after the system crashed?

24            MS. STILLER:  I'm going to object to

25  the form of the question.