

ONE NORTH BROADWAY
SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

October 19, 2021

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Henao et al. v. Parts Authority, LLC et al.*, **No. 19-cv-10720 (LGS) (BCM)**

Dear Judge Schofield:

This firm represents Plaintiffs in the above-referenced action.  On September 17, 2021, Plaintiffs filed Notices of Voluntary Dismissal Without Prejudice of Opt-In Plaintiffs Latoya Brown-Gillis, LaTonya Sims, and Louis Bolden (collectively "Opt-In Plaintiffs").  ECF Nos. 170-172.

The Court provided guidance that any dismissal with prejudice and settlement must be approved by the Court, consistent with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  ECF No. 173.  We apologize for any inconvenience and intend to submit a letter requesting settlement that approval tomorrow.  We respectfully request a page-limit increase to four pages, in addition to the three settlement agreement exhibits.  This extension would allow Plaintiffs to set forth the circumstances surrounding settlement and discuss the fairness factors pursuant to *Cheeks*.

We thank Your Honor for your continued time and attention to this matter and for considering this request.

Respectfully Submitted,

By: */s/Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
Facsimile: (914) 824-1561
jfrei-pearson@fbfglaw.com

                                    **WEINHAUS & POTASHNICK**
Mark Potashnick, MO Bar # 41315
(*pro hac vice* pending)
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150 ext. 2
Facsimile: (314) 997-9170
markp@wp-attorneys.com

*Counsel for Plaintiffs*
*and the Putative Classes*

cc: All Counsel of Record (via ECF)