

**DORF & NELSON** LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

**MEMO ENDORSED**

October 15, 2021

<u>VIA ECF</u>

The Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

**Re:  *Henao* et al. *v. Parts Authority, LLC* et al. – Case No. 19-cv-10720 (LGS) (BCM)**

Dear Judge Moses:

We represent defendants Northeast Logistics Inc., Michigan Logistics, Inc. and Larry Browne in the above-referenced action.  We write to respectfully request on behalf of counsel for co-defendants Parts Authority, LLC, Parts Authority, Inc. and Yaron Rosenthal (collectively, "PA"), who is unavailable today, an adjournment of the discovery conference that the Court recently re-scheduled for 9:30 a.m. on October 21, 2021 (Dkt. No. 179).  Unfortunately, PA's counsel is unavailable at the new time due to a previously scheduled hearing.  After ascertaining the availability of all parties' counsel, it is respectfully requested that this discovery conference be adjourned to (a) after 11 a.m. on October 29, 2021, or (b) the morning of November 4, 2021.

This is PA's first request to adjourn this conference and all parties consent to this request.

Respectfully submitted,

/s/ David. S. Warner

David S. Warner

cc:  Counsel of Record via ECF

> Application GRANTED. The discovery conference currently scheduled for October 21, 2021, is hereby ADJOURNED to November 4, 2021, at 10:00 a.m.
>
> The conference will be conducted telephonically using the court's AT&T conferencing line. The parties are directed to call (888) 557-8511 and enter the access code 7746387#. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> October 19, 2021

Manhattan | Westchester | Garden City | Los Angeles