```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
    DAVIDSON HENAO et al.,                                    :
                                  Plaintiffs,                 :
                                                              :      19 Civ. 10720 (LGS)
                       -against-                              :
                                                              :             ORDER
    PARTS AUTHORITY, LLC et al.,                              :
                                  Defendants.                 :
-----------------------------------------------------------   :
                                                              X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 20, 2021, the parties filed their *Cheeks* materials for Opt-In Plaintiffs Latoya Brown-Gillis, LaTonya Sims and Louis Bolden. The parties' proposed settlement agreements provide that the plaintiffs will never seek or accept employment with any of the released parties. It is hereby

**ORDERED** that the parties' application for approval of their settlement agreement is **DENIED** without prejudice to renewal. "Courts in this district have consistently rejected FLSA settlements that seek to prevent plaintiffs from having a future employment with defendant as contrary to the underlying aims of the FLSA." *Brittle v. Metamorphosis, LLC*, No. 20 Civ. 3880, 2021 WL 606244, at *3 (S.D.N.Y. Jan. 22, 2021) (internal quotation marks omitted). It is further

**ORDERED** that if the parties wish to proceed with settlement, they shall file revised *Cheeks* materials by **November 3, 2021**.

Dated: October 27, 2021
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                       **UNITED STATES DISTRICT JUDGE**