UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DAVIDSON HENAO et al.,

                              Plaintiffs,              19 Civ. 10720 (LGS)

            -against-                              ORDER

PARTS AUTHORITY, LLC, et al.,

                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on October 20, 2021, the parties filed their Cheeks materials for Opt-In Plaintiffs Latoya Brown-Gillis, LaTonya Sims and Louis Bolden.

      WHEREAS, on October 27, 2021, the Court denied the parties' application for approval of their settlement, and directed the parties to file revised *Cheeks* materials by November 3, 2021.

      WHEREAS, the parties failed to file revised *Cheeks* materials by November 3, 2018. It is hereby

      **ORDERED** that by **November 10, 2021**, the parties shall file either (1) the revised *Cheeks* materials or (2) a letter regarding the status of settlement negotiations with the Opt-In Plaintiffs.

Dated: November 5, 2021
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE