

ONE NORTH BROADWAY
SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

November 10, 2021

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   *Henao et al. v. Parts Authority, LLC et al.*, **No. 19-cv-10720 (LGS) (BCM)**

Dear Judge Schofield:

      This firm represents Plaintiffs in the above-referenced action and we write jointly with Defendants. We apologize for the delay in gathering client signatures and we thank the Court for its guidance regarding the settlements (ECF No. 188). The settlement agreements, attached as Exhibits A, B, and C, contain no limitation on future employment with defendants, and contain no confidentiality provision. The parties respectfully request that the settlements be approved for the reasons set forth in our prior submission (ECF No. 186).

      In the event that the Court has any questions or requires any additional information, counsel for the parties are happy to make themselves available for a telephone or in-person conference. We thank Your Honor for your continued time and attention to this matter and our current request.

Respectfully Submitted,

By: */s/Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
Facsimile: (914) 824-1561
jfrei-pearson@fbfglaw.com

**WEINHAUS & POTASHNICK**
Mark Potashnick, MO Bar # 41315
(Admitted *pro hac vice*)

11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150 ext. 2
Facsimile: (314) 997-9170
markp@wp-attorneys.com

*Counsel for Plaintiffs
and the Putative Classes*

Attachments

cc: All Counsel of Record (via ECF)