# DORF & NELSON LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

December 8, 2021

**VIA ECF**

The Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

      Re:  *Henao* et al. *v. Parts Authority, LLC* et al. – S.D.N.Y. No. 19-cv-10720 (LGS) (BCM)

Dear Judge Moses:

On behalf of all parties in the above-referenced action, we are pleased to advise the Court that the terms of the settlement have been finalized, the agreement has been signed by all but one of the Plaintiffs, and that Plaintiffs soon will be moving for preliminary approval of the agreement per *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199, 206 (2d Cir. 2015).  This development obviates the need for an ESI protocol and the parties jointly request that the Court cancel tomorrow's deadline for submission of a red-lined ESI Protocol (Dkt. No. 197).

Respectfully submitted,

/s/ David. S. Warner

David S. Warner

cc:  All Counsel of Record (via ECF)