

ONE NORTH BROADWAY
SUITE 900
WHITE PLAINS, NY 10601
Phone: (914) 298-3281
Fax: (845) 562-3492
www.fbfglaw.com

January 5, 2022

**VIA ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Henao et al. v. Parts Authority, LLC et al.*, No. 19-cv-10720 (LGS) (BCM)
      **Request For Page-Limit Extension**

Dear Judge Schofield,

This firm represents Plaintiffs in the above-referenced action. The parties intend to submit a letter requesting approval of the named plaintiffs' and remaining opt-in plaintiffs' settlements. Plaintiffs respectfully request a page-limit increase to five pages, in addition to the eight settlement agreement exhibits. This extension would allow Plaintiffs to set forth the circumstances surrounding settlement and discuss the fairness factors pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

We thank Your Honor for your continued time and attention to this matter and for considering this request.

Respectfully Submitted,

By: */s/Jeremiah Frei-Pearson*
Jeremiah Frei-Pearson
**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**
One North Broadway, Suite 900
White Plains, New York 10601
Telephone: (914) 298-3281
jfrei-pearson@fbfglaw.com

**WEINHAUS & POTASHNICK**
Mark Potashnick, MO Bar # 41315
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150 ext. 2
markp@wp-attorneys.com

*Counsel for Plaintiffs
and the Putative Classes*

2

Attachments

cc: All Counsel of Record (via ECF and email)