UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
DAVIDSON HENAO et al.,                   :
                      Plaintiffs,    :
                                                :          19 Civ. 10720 (LGS)
              -against-                    :
                                                :          <u>ORDER</u>
PARTS AUTHORITY, LLC, et al.,        :
                    Defendants.  :
------------------------------------------------------------ :
                                                X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 3, 2022, the parties filed a letter motion for approval of a proposed settlement for the remaining plaintiffs in this action.

       WHEREAS, if a FLSA settlement agreement provides for attorneys' fees and costs, courts must "evaluate the reasonableness of the fees and costs." *Fisher v. SD Prot. Inc.*, 948 F.3d 493, 599 (2d Cir. 2020).  It is hereby

       **ORDERED** that by **March 18, 2022**, in support of their motion for approval of the settlement, Plaintiffs' counsel shall file billing records documenting, for each attorney, the date, the hours expended, and the nature of the work done.

Dated: March 11, 2022
          New York, New York

                                                              LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE