# **EXHIBIT 2**

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| DATE | Description | Time | Rate | Fee |
|---|---|---|---|---|
| 10/29/2019 | Spoke to plaintiff, drafted notes | 0.4 | $ 500.00 | $          200.00 |
| 10/29/2019 | Spoke to plaintiff, drafted notes | 0.4 | $ 500.00 | $          200.00 |
| 10/29/2019 | Spoke to co-counsel | 0.1 | $ 500.00 | $            50.00 |
| 10/29/2019 | Spoke to plaintiff, email to plaintiff | 0.2 | $ 500.00 | $          100.00 |
| 11/21/2019 | Reviewed filings | 0.1 | $ 500.00 | $            50.00 |
| 11/22/2019 | Spoke to co-counsel | 0.1 | $ 500.00 | $            50.00 |
| 11/22/2019 | Prepared Pro Hac Vice documents, researched Pro Hac Vice process, ordered certificates of good standing | 0.8 | $ 500.00 | $          400.00 |
| 11/22/2019 | Conference with co-counsel, called court clerk, conference with co-counsel | 0.5 | $ 500.00 | $          250.00 |
| 11/26/2019 | Reviewed emails | 0.1 | $ 500.00 | $            50.00 |
| 12/2/2019 | Spoke to witness, drafted notes, email to witness, scheduled follow-up call | 0.4 | $ 500.00 | $          200.00 |
| 12/2/2019 | Received and reviewed certificates of good standing | 0.1 | $ 500.00 | $            50.00 |
| 12/2/2019 | Prepared Pro Hac Vice documents, tried to electronically file | 0.4 | $ 500.00 | $          200.00 |
| 12/2/2019 | Spoke to witness and his translator several times, drafted declarations | 2.5 | $ 500.00 | $        1,250.00 |
| 12/3/2019 | Spoke to court clerk, email to clients | 0.3 | $ 500.00 | $          150.00 |
| 12/3/2019 | Reviewed emails from witness's translator, response email, revised declarations | 0.3 | $ 500.00 | $          150.00 |
| 12/3/2019 | Spoke to witness and translator, revised declarations, email to co-counsel | 0.5 | $ 500.00 | $          250.00 |
| 12/4/2019 | Reviewed email, response to co-counsel | 0.1 | $ 500.00 | $            50.00 |

*HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 12/4/2019 | Reviewed email, response to witness, reminder email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 12/5/2019 | Reviewed emails, email to co-counsels | 0.1 | $ 500.00 | $ | 50.00 |
| 12/6/2019 | Downloaded filings | 0.1 | $ 500.00 | $ | 50.00 |
| 12/7/2019 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 12/9/2019 | Reviewed defendant's filings in opposition to TRO, reviewed release of Parts Authority | 0.4 | $ 500.00 | $ | 200.00 |
| 12/9/2019 | Reply to Parts Authority's filings | 3.6 | $ 500.00 | $ | 1,800.00 |
| 12/10/2019 | Revised reply to Parts Authority's arguments | 1.0 | $ 500.00 | $ | 500.00 |
| 12/10/2019 | Researched and drafted opposition to Diligent's request for a motion to dismiss | 1.8 | $ 500.00 | $ | 900.00 |
| 12/10/2019 | Reviewed co-counsel's additions to reply to Parts Authority's opposition to motion for TRO | 0.1 | $ 500.00 | $ | 50.00 |
| 12/10/2019 | Reviewed email, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 12/13/2019 | Reviewed email, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 12/13/2019 | Strategy conference with co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 12/13/2019 | Researched and drafted first amended complaint | 3.2 | $ 500.00 | $ | 1,600.00 |
| 12/14/2019 | Researched and drafted first amended complaint | 4.6 | $ 500.00 | $ | 2,300.00 |
| 12/14/2019 | Drafted first amended complaint, email to co-counsels | 0.6 | $ 500.00 | $ | 300.00 |
| 12/15/2019 | Travel to New York for court hearing | 2.5 | $ 500.00 | $ | 1,250.00 |
| 12/16/2019 | Downloaded and reviewed filings | 0.3 | $ 500.00 | $ | 150.00 |
| 12/17/2019 | Prepared for court hearing | 3.0 | $ 500.00 | $ | 1,500.00 |
| 12/17/2019 | Court hearing | 1.0 | $ 500.00 | $ | 500.00 |

## HENAO V. PARTS AUTHORITY

### MARK POTASHNICK TIME ENTRIES

| | | | | |
|---|---|---|---|---|
| 12/17/2019 | Conference with co-counsel | 0.7 | $ 500.00 | $         350.00 |
| 12/17/2019 | Travel back to St. Louis | 4.0 | $ 500.00 | $       2,000.00 |
| 12/18/2019 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $          50.00 |
| 12/19/2019 | Reviewed draft discovery requests | 0.8 | $ 500.00 | $         400.00 |
| 12/19/2019 | Reviewed draft discovery, email to co-counsel | 0.6 | $ 500.00 | $         300.00 |
| 12/23/2019 | Reviewed emails regarding discovery requests, downloaded current versions | 0.1 | $ 500.00 | $          50.00 |
| 12/24/2019 | Reviewed emails, downloaded discovery requests | 0.2 | $ 500.00 | $         100.00 |
| 12/26/2019 | Drafted stipulation regarding impermissible contacts with plaintiff's attorneys' clients, email to co-counsel | 0.4 | $ 500.00 | $         200.00 |
| 12/26/2019 | Emailed draft stipulation to defendant's attorneys | 0.1 | $ 500.00 | $          50.00 |
| 12/27/2019 | Reviewed defendant's proposed stipulation, draft email to opposing attorney, email to co-counsel | 0.3 | $ 500.00 | $         150.00 |
| 12/27/2019 | Reviewed email from co-counsel, response to opposing attorney regarding stipulation | 0.1 | $ 500.00 | $          50.00 |
| 12/30/2019 | Reviewed emails, revised draft email to opposing attorney | 0.2 | $ 500.00 | $         100.00 |
| 1/2/2020 | Conference with co-counsel and opposing attorney regarding possible stipulation, drafted notes, spoke to co-counsel | 0.2 | $ 500.00 | $         100.00 |
| 1/2/2020 | Edited defendant's proposed stipulation regarding identifying possible plaintiffs, email to co-counsel | 0.4 | $ 500.00 | $         200.00 |

*HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 1/2/2020 | Spoke to co-counsel regarding amended complaint | 0.2 | $ 500.00 | $ | 100.00 |
| 1/3/2020 | Reviewed defendants' supplement in opposition to motion for temporary restraining order, reviewed SDNY cases on surreplies filed without leave, email to co-counsel | 0.8 | $ 500.00 | $ | 400.00 |
| 1/3/2020 | Reviewed emails from co-counsel, response email | 0.2 | $ 500.00 | $ | 100.00 |
| 1/3/2020 | Reviewed email regarding proposed method to resolve TRO dispute, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/3/2020 | Reviewed and revised first amended complaint, looked up cites | 3.4 | $ 500.00 | $ | 1,700.00 |
| 1/7/2020 | Reviewed defendant's proposed stipulation | 0.1 | $ 500.00 | $ | 50.00 |
| 1/8/2020 | Reviewed edits to defendant's proposed stipulation, emailed thoughts to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/8/2020 | Conference with co-counsel regarding content of stipulation | 0.3 | $ 500.00 | $ | 150.00 |
| 1/8/2020 | Edited draft stipulation | 0.2 | $ 500.00 | $ | 100.00 |
| 1/9/2020 | Spoke to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/10/2020 | Reviewed defendant's emails regarding stipulation language, emailed thoughts to opposing attorney | 0.4 | $ 500.00 | $ | 200.00 |
| 1/10/2020 | Reviewed draft response email regarding stipulation, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/10/2020 | Reviewed email regarding stipulation issues | 0.1 | $ 500.00 | $ | 50.00 |
| 1/10/2020 | Reviewed draft responses to opposing attorney regarding stipulation, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 1/13/2020 | Reviewed email, response to co-counsel regarding stipulation terms | 0.1 | $ 500.00 | $ | 50.00 |
| 1/13/2020 | Reviewed emails, draft email regarding stipulation language, response to co-counsel's draft email | 0.2 | $ 500.00 | $ | 100.00 |
| 1/13/2020 | Reviewed new draft stipulation, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/14/2020 | Reviewed email from opposing attorney regarding stipulation language | 0.1 | $ 500.00 | $ | 50.00 |
| 1/14/2020 | Reviewed emails regarding stipulation language, reviewed working draft of stipulation, email to co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 1/14/2020 | Reviewed email from co-counsel, response email | 0.1 | $ 500.00 | $ | 50.00 |
| 1/14/2020 | Draft letter to court regarding meet and confer efforts | 1.8 | $ 500.00 | $ | 900.00 |
| 1/14/2020 | Reviewed email, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/14/2020 | Conference with opposing attorney and co-counsel regarding report to court, drafted notes | 0.4 | $ 500.00 | $ | 200.00 |
| 1/14/2020 | Reviewed latest version of report to court regarding stipulation efforts, emails to co-counsels | 0.3 | $ 500.00 | $ | 150.00 |
| 1/15/2020 | Reviewed emails, downloaded filings | 0.1 | $ 500.00 | $ | 50.00 |
| 1/15/2020 | Reviewed defendant's email regarding arbitration agreement by named plaintiffs, compared to amended complaint | 0.2 | $ 500.00 | $ | 100.00 |
| 1/16/2020 | Reviewed court order | 0.1 | $ 500.00 | $ | 50.00 |

*HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 1/16/2020 | Researched preemption of Arizona claims, emailed research results to co-counsel | 1.8 | $ 500.00 | $ | 900.00 |
| 1/17/2020 | Conference with co-counsel, opposing attorney, and court clerk | 0.2 | $ 500.00 | $ | 100.00 |
| 1/17/2020 | Researched possible travel for mediation | 0.3 | $ 500.00 | $ | 150.00 |
| 1/17/2020 | Spoke to court clerk, recorded scheduling, email to opposing attorney | 0.1 | $ 500.00 | $ | 50.00 |
| 1/17/2020 | Reviewed court order, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/19/2020 | Position statement to magistrate judge | 1.7 | $ 500.00 | $ | 850.00 |
| 1/21/2020 | Attempted to contact court regarding mediation, researched court requirements, conferenced in for mediation | 0.2 | $ 500.00 | $ | 100.00 |
| 1/21/2020 | Mediation with magistrate judge, drafted notes, conference with co-counsel | 1.8 | $ 500.00 | $ | 900.00 |
| 1/21/2020 | Reviewed emails, response to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/21/2020 | Tried to find translator requested by defendants, spoke to named plaintiffs, emailed to co-counsel | 0.5 | $ 500.00 | $ | 250.00 |
| 1/23/2020 | Reviewed defendant's pre-motion letter | 0.2 | $ 500.00 | $ | 100.00 |
| 1/23/2020 | Reviewed defendant's letter regarding discovery issues | 0.1 | $ 500.00 | $ | 50.00 |
| 1/23/2020 | Reviewed draft stipulation, email edits to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/23/2020 | Reviewed draft no contact form | 0.1 | $ 500.00 | $ | 50.00 |
| 1/23/2020 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 1/23/2020 | Conference with co-counsel regarding tasks needed | 0.2 | $ 500.00 | $ | 100.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 1/25/2020 | Reviewed defendant's edits/comments to stipulation consent/decline form, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/25/2020 | Researched and drafted response to defendant's pre-motion letter | 2.1 | $ 500.00 | $ | 1,050.00 |
| 1/26/2020 | Opposition to defendant's second letter motion to dismiss | 1.9 | $ 500.00 | $ | 950.00 |
| 1/26/2020 | Opposition to defendant's second letter motion to dismiss | 1.2 | $ 500.00 | $ | 600.00 |
| 1/26/2020 | Email to co-counsels explaining remaining jurisdiction issues | 0.2 | $ 500.00 | $ | 100.00 |
| 1/26/2020 | Reviewed co-counsel's edits, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/27/2020 | Reviewed email, downloaded stipulation | 0.1 | $ 500.00 | $ | 50.00 |
| 1/28/2020 | Reviewed emails, response to co-counsel regarding consensus with stipulation | 0.1 | $ 500.00 | $ | 50.00 |
| 1/29/2020 | Reviewed discovery dispute letter, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/29/2020 | Reviewed court order denying motion for TRO as moot, downloaded order based on parties' stipulation | 0.1 | $ 500.00 | $ | 50.00 |
| 1/30/2020 | Email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/30/2020 | Reviewed and revised opposition to pre-motion letter requiring leave to file motion to dismiss, email to co-counsel | 0.6 | $ 500.00 | $ | 300.00 |
| 1/31/2020 | Reviewed emails, downloaded filings | 0.1 | $ 500.00 | $ | 50.00 |
| 1/31/2020 | Reviewed emails regarding prior agreement to SDNY venue, researched and drafted response | 0.8 | $ 500.00 | $ | 400.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 1/31/2020 | Reviewed and revised discovery, searched for supporting case law | 1.0 | $ 500.00 | $ | 500.00 |
| 1/31/2020 | Spoke to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 2/3/2020 | Reviewed court order, spoke to co-counsel regarding letter to court | 0.1 | $ 500.00 | $ | 50.00 |
| 2/3/2020 | Reviewed co-counsel's letter to court, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 2/3/2020 | Reviewed email, response to co-counsel regarding wording of request for extension | 0.1 | $ 500.00 | $ | 50.00 |
| 2/4/2020 | Reviewed letter to court, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 2/4/2020 | Downloaded and reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 2/6/2020 | Reviewed letter regarding motion to stay discovery, recorded scheduling, drafted notes for responses | 0.4 | $ 500.00 | $ | 200.00 |
| 2/6/2020 | Spoke to co-counsel regarding defendant's filing | 0.1 | $ 500.00 | $ | 50.00 |
| 2/7/2020 | Reviewed email regarding response to motion to stay discovery, emailed thoughts to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 2/8/2020 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 2/11/2020 | Reviewed response to pre-motion letter | 0.3 | $ 500.00 | $ | 150.00 |
| 2/13/2020 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 2/14/2020 | Prepared for motion argument | 1.5 | $ 500.00 | $ | 750.00 |
| 2/14/2020 | Motion to stay argument | 0.7 | $ 500.00 | $ | 350.00 |
| 2/14/2020 | Reviewed court order | 0.1 | $ 500.00 | $ | 50.00 |
| 3/4/2020 | Email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 3/6/2020 | Reviewed and revised initial disclosures, email to co-counsel | 0.5 | $ 500.00 | $ | 250.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 3/6/2020 | Reviewed email, response to co-counsel regarding initial disclosures language | 0.1 | $ 500.00 | $ | 50.00 |
| 3/6/2020 | Reviewed defendant's initial disclosures | 0.1 | $ 500.00 | $ | 50.00 |
| 3/11/2020 | Spoke to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 3/13/2020 | Reviewed email regarding information needed from clients, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 3/23/2020 | Conference with co-counsel, drafted notes | 0.4 | $ 500.00 | $ | 200.00 |
| 3/24/2020 | Reviewed email regarding structure of new complaint, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 3/24/2020 | Called prospective opt-ins to obtain proof of employment, drafted notes, emailed results to co-counsel | 1.0 | $ 500.00 | $ | 500.00 |
| 3/25/2020 | Revised and edited draft second amended complaint | 1.3 | $ 500.00 | $ | 650.00 |
| 3/25/2020 | Conference and email with co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 3/25/2020 | Revised and edited draft second amended complaint | 1.5 | $ 500.00 | $ | 750.00 |
| 3/25/2020 | Revised and edited draft second amended complaint | 1.0 | $ 500.00 | $ | 500.00 |
| 3/25/2020 | Reviewed email from co-counsel regarding second amended complaint language | 0.1 | $ 500.00 | $ | 50.00 |
| 3/26/2020 | Reviewed email from co-counsel, response to co-counsel regarding content of second amended complaint | 0.1 | $ 500.00 | $ | 50.00 |
| 3/26/2020 | Reviewed co-counsel's email regarding information from possible plaintiffs | 0.1 | $ 500.00 | $ | 50.00 |
| 3/26/2020 | Reviewed email regarding content of second amended complaint, response emails | 0.2 | $ 500.00 | $ | 100.00 |

## *HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 3/26/2020 | Reviewed court order and emails regarding status report, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 3/26/2020 | Reviewed co-counsel's edits to second amended complaint | 0.1 | $ 500.00 | $ | 50.00 |
| 3/27/2020 | Reviewed draft status report to court and emails regarding content thereof | 0.1 | $ 500.00 | $ | 50.00 |
| 3/28/2020 | Reviewed email and documents regarding named plaintiff | 0.1 | $ 500.00 | $ | 50.00 |
| 3/30/2020 | Reviewed emails | 0.1 | $ 500.00 | $ | 50.00 |
| 3/30/2020 | Reviewed email from opposing attorney regarding information needed | 0.1 | $ 500.00 | $ | 50.00 |
| 3/30/2020 | Reviewed working draft of second amended complaint, emailed edits co-counsel | 0.4 | $ 500.00 | $ | 200.00 |
| 4/3/2020 | Reviewed email from opposing attorney | 0.1 | $ 500.00 | $ | 50.00 |
| 4/3/2020 | Downloaded defendant's section of letter to court regarding motion to dismiss second amended complaint, preliminarily reviewed | 0.2 | $ 500.00 | $ | 100.00 |
| 4/3/2020 | Reviewed and revised response to defendant's letter request to file motion to dismiss | 3.3 | $ 500.00 | $ | 1,650.00 |
| 4/3/2020 | Requested publication of supporting decision | 0.1 | $ 500.00 | $ | 50.00 |
| 4/7/2020 | Downloaded and skimmed pre-motion letter regarding possible motion to dismiss | 0.1 | $ 500.00 | $ | 50.00 |
| 4/8/2020 | Reviewed court order, recorded scheduling | 0.2 | $ 500.00 | $ | 100.00 |
| 4/13/2020 | Conference with co-counsel regarding tasks needed | 0.2 | $ 500.00 | $ | 100.00 |
| 4/29/2020 | Reviewed new scheduling, spoke to co-counsel regarding initial disclosures | 0.2 | $ 500.00 | $ | 100.00 |

### HENAO V. PARTS AUTHORITY

### MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 4/29/2020 | Reviewed draft amended initial disclosures , emailed approval to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 5/4/2020 | Reviewed emails regarding defendant's request for more time to file motion to dismiss, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 5/5/2020 | Reviewed court order, recorded new scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 5/6/2020 | Spoke to plaintiff, email to co-counsel regarding status | 0.1 | $ 500.00 | $ | 50.00 |
| 5/6/2020 | Spoke to plaintiff regarding status | 0.1 | $ 500.00 | $ | 50.00 |
| 5/14/2020 | Spoke to co-counsel regarding opposition to motion to dismiss | 0.1 | $ 500.00 | $ | 50.00 |
| 5/17/2020 | Prepared opposition to motion to dismiss, drafted personal jurisdiction section | 2.9 | $ 500.00 | $ | 1,450.00 |
| 5/18/2020 | Opposition to argumant against standing for multi-state claim | 2.0 | $ 500.00 | $ | 1,000.00 |
| 5/18/2020 | Researched opposition to defendant's Twombly arguments in support of its motion to compel | 1.0 | $ 500.00 | $ | 500.00 |
| 5/18/2020 | Drafted opposition of motion to dismiss pleading sufficiency arguments | 3.8 | $ 500.00 | $ | 1,900.00 |
| 5/19/2020 | Opposition to motion to dismiss, researched response to Twombly/Iqbal arguments | 4.8 | $ 500.00 | $ | 2,400.00 |
| 5/20/2020 | Opposition to motion to dismiss, drafted section on sufficiency of pleading "single employer" and "joint employer" relationships | 1.8 | $ 500.00 | $ | 900.00 |
| 5/21/2020 | Opposition to motion to dismiss | 0.8 | $ 500.00 | $ | 400.00 |
| 5/21/2020 | Opposition to motion to dismiss | 0.7 | $ 500.00 | $ | 350.00 |

### HENAO V. PARTS AUTHORITY

### MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 5/21/2020 | Opposition to motion to dismiss | 6.0 | $ 500.00 | $ | 3,000.00 |
| 5/22/2020 | Opposition to motion to dismiss, email to co-counsel | 5.2 | $ 500.00 | $ | 2,600.00 |
| 5/22/2020 | Organized documents | 0.2 | $ 500.00 | $ | 100.00 |
| 5/26/2020 | Reviewed email from co-counsel regarding new plaintiffs, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 6/2/2020 | Email to co-counsel regarding joint report | 0.1 | $ 500.00 | $ | 50.00 |
| 6/9/2020 | Status conference, recorded scheduling | 0.4 | $ 500.00 | $ | 200.00 |
| 6/9/2020 | Conference with co-counsel regarding completion of opposition to motion to dismiss | 0.1 | $ 500.00 | $ | 50.00 |
| 6/9/2020 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 6/9/2020 | Email to co-counsel regarding follow-up with discovery issues | 0.1 | $ 500.00 | $ | 50.00 |
| 6/10/2020 | Edited, revised, and finalized opposition to motion to dismiss, emailed to co-counsel for filing | 6.2 | $ 500.00 | $ | 3,100.00 |
| 6/11/2020 | Reviewed emails, downloaded opposition to motion to dismiss | 0.1 | $ 500.00 | $ | 50.00 |
| 6/24/2020 | Reviewed defendant's reply in support of its motion to dismiss second amended complaint | 0.3 | $ 500.00 | $ | 150.00 |
| 6/26/2020 | Downloaded Diligent's discovery responses, preliminarily reviewed | 0.1 | $ 500.00 | $ | 50.00 |
| 7/1/2020 | Email to co-counsel regarding possible request for hearing on motion to dismiss | 0.1 | $ 500.00 | $ | 50.00 |
| 7/1/2020 | Reviewed emails regarding process service on defendant | 0.1 | $ 500.00 | $ | 50.00 |

### HENAO V. PARTS AUTHORITY

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 7/1/2020 | Email to co-counsel regarding letter to court regarding oral argument | 0.1 | $ 500.00 | $ | 50.00 |
| 7/1/2020 | Email to opposing attorney regarding oral argument | 0.1 | $ 500.00 | $ | 50.00 |
| 7/6/2020 | Revised discovery dispute email, email to co-counsel regarding addressing discovery disputes | 0.3 | $ 500.00 | $ | 150.00 |
| 7/6/2020 | Drafted template interrogatory responses and objections, email to co-counsel | 1.0 | $ 500.00 | $ | 500.00 |
| 7/6/2020 | Incorporated co-counsel's edits into template discovery responses | 0.2 | $ 500.00 | $ | 100.00 |
| 7/6/2020 | Worked with plaintiffs on discovery responses | 3.8 | $ 500.00 | $ | 1,900.00 |
| 7/7/2020 | Downloaded defendant's documents for discovery, reviewed email from co-counsel regarding documents received | 0.2 | $ 500.00 | $ | 100.00 |
| 7/7/2020 | Spoke to plaintiff | 0.2 | $ 500.00 | $ | 100.00 |
| 7/8/2020 | Called plaintiff again | 0.1 | $ 500.00 | $ | 50.00 |
| 7/8/2020 | Spoke to plaintiff, prepared discovery responses | 0.5 | $ 500.00 | $ | 250.00 |
| 7/10/2020 | Reviewed email/questions from defense counsel, prepared draft responses, email to co-counsel | 0.4 | $ 500.00 | $ | 200.00 |
| 7/13/2020 | Reviewed email from opposing attorney regarding discovery disputes, reviewed co-counsels response email | 0.2 | $ 500.00 | $ | 100.00 |
| 7/14/2020 | Follow-up efforts on discovery disputes, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 7/15/2020 | Reviewed discovery dispute emails | 0.1 | $ 500.00 | $ | 50.00 |

*HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 7/15/2020 | Downloaded Parts Authority's discovery responses | 0.1 | $ 500.00 | $ | 50.00 |
| 7/16/2020 | Reviewed email regarding meet and confer call, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 7/16/2020 | Follow-up calls and emails regarding discovery responses | 0.4 | $ 500.00 | $ | 200.00 |
| 7/16/2020 | Organized documents | 0.1 | $ 500.00 | $ | 50.00 |
| 7/17/2020 | Follow-up calls and text messages to plaintiffs regarding discovery responses | 0.3 | $ 500.00 | $ | 150.00 |
| 7/17/2020 | Strategy conference with co-counsel | 0.5 | $ 500.00 | $ | 250.00 |
| 7/18/2020 | Discovery dispute email to opposing attorney, email to co-counsel | 1.2 | $ 500.00 | $ | 600.00 |
| 7/20/2020 | Follow-up calls to plaintiff regarding discovery response, drafted notes | 0.3 | $ 500.00 | $ | 150.00 |
| 7/20/2020 | Called plaintiff again regarding discovery responses | 0.3 | $ 500.00 | $ | 150.00 |
| 7/21/2020 | Reviewed email, checked schedule, email to co-counsel regarding scheduling discovery dispute conference | 0.1 | $ 500.00 | $ | 50.00 |
| 7/21/2020 | Attempted to reach plaintiff regarding discovery responses, emailed working drafts with instructions to co-counsel | 0.4 | $ 500.00 | $ | 200.00 |
| 7/22/2020 | Revised and sent discovery follow-up email to opposing attorney | 0.1 | $ 500.00 | $ | 50.00 |
| 7/22/2020 | Compiled contact information, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 7/26/2020 | Prepared for discovery dispute conference, drafted notes for discussion | 0.4 | $ 500.00 | $ | 200.00 |
| 7/27/2020 | Prepared for discovery dispute call, discovery dispute call, drafted notes, follow-up emails | 2.0 | $ 500.00 | $ | 1,000.00 |
| 7/27/2020 | Downloaded and checked draft discovery responses, email to co-counsel | 0.4 | $ 500.00 | $ | 200.00 |
| 7/27/2020 | Drafted request for production responses, email to co-counsel | 0.4 | $ 500.00 | $ | 200.00 |
| 7/27/2020 | Helped co-counsel organize and produce discovery responses and production | 0.3 | $ 500.00 | $ | 150.00 |
| 7/27/2020 | Reviewed and edited discovery responses | 0.3 | $ 500.00 | $ | 150.00 |
| 7/28/2020 | Downloaded final responses to discovery and document production | 0.1 | $ 500.00 | $ | 50.00 |
| 7/28/2020 | Reviewed Williams' text message, email to co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 7/29/2020 | Reviewed ethics of recording discovery dispute call, email to co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 7/29/2020 | Discovery dispute call, drafted notes | 1.3 | $ 500.00 | $ | 650.00 |
| 7/29/2020 | Downloaded audio recording, tested recording | 0.1 | $ 500.00 | $ | 50.00 |
| 8/6/2020 | Reviewed email regarding discovery issues | 0.1 | $ 500.00 | $ | 50.00 |
| 8/6/2020 | Reviewed email from opposing attorney, email to co-counsel regarding cancelling meet and confer call | 0.1 | $ 500.00 | $ | 50.00 |
| 8/6/2020 | Reviewed magistrate's draft protective order, edited document | 0.4 | $ 500.00 | $ | 200.00 |

## HENAO V. PARTS AUTHORITY

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 8/7/2020 | Conference with co-counsel regarding draft protective order language | 0.2 | $ 500.00 | $ | 100.00 |
| 8/11/2020 | Reviewed discovery dispute emails | 0.1 | $ 500.00 | $ | 50.00 |
| 8/12/2020 | Reviewed email regarding discovery status, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 8/13/2020 | Spoke to named plaintiff regarding status | 0.1 | $ 500.00 | $ | 50.00 |
| 8/13/2020 | Reviewed and revised discovery requests | 2.0 | $ 500.00 | $ | 1,000.00 |
| 8/14/2020 | Reviewed discovery requests, email to co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 8/14/2020 | Reviewed draft pre-motion letter regarding discovery issues, researched and supplemented pre-motion letter | 1.8 | $ 500.00 | $ | 900.00 |
| 8/14/2020 | Reviewed edits to pre-motion letter, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 8/28/2020 | Reviewed defendant's response to pre-motion to compel letter | 0.1 | $ 500.00 | $ | 50.00 |
| 9/1/2020 | Reviewed court order, recorded scheduling, email to co-counsel covering oral argument on discovery issues | 0.1 | $ 500.00 | $ | 50.00 |
| 9/4/2020 | Downloaded discovery requests | 0.1 | $ 500.00 | $ | 50.00 |
| 9/10/2020 | Reviewed discovery order | 0.2 | $ 500.00 | $ | 100.00 |
| 9/21/2020 | Called and emailed Department of Labor attorney | 0.2 | $ 500.00 | $ | 100.00 |
| 9/23/2020 | Strategy conference with co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 9/25/2020 | Reviewed court order, recorded scheduling | 0.3 | $ 500.00 | $ | 150.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | |
|---|---|---|---|---|
| 9/25/2020 | Reviewed email regarding motion to dismiss decision, email to co-counsel regarding ideas to cure | 0.2 | $ 500.00 | $ 100.00 |
| 9/27/2020 | Reviewed email from co-counsel regarding strategy/support for second amended complaint | 0.1 | $ 500.00 | $ 50.00 |
| 9/28/2020 | Downloaded and preliminarily reviewed documents from Department of Labor Arizona case | 0.2 | $ 500.00 | $ 100.00 |
| 9/30/2020 | Collected data to use in letter requesting amendment of complaint | 0.8 | $ 500.00 | $ 400.00 |
| 10/3/2020 | Reviewed email, response to co-counsel regarding new pleading | 0.1 | $ 500.00 | $ 50.00 |
| 10/12/2020 | Reviewed and revised letter regarding leave to amend | 1.0 | $ 500.00 | $ 500.00 |
| 10/14/2020 | Revised letter to magistrate and third amended complaint, email to co-counsel | 4.8 | $ 500.00 | $ 2,400.00 |
| 10/15/2020 | Reviewed draft third amended complaint | 0.4 | $ 500.00 | $ 200.00 |
| 10/15/2020 | Reviewed and revised third amended complaint and letter to court, email to co-counsel | 0.8 | $ 500.00 | $ 400.00 |
| 10/15/2020 | Explained calculations to co-counsel | 0.3 | $ 500.00 | $ 150.00 |
| 10/15/2020 | Reviewed co-counsel's edits to letter to court, email to co-counsel | 0.3 | $ 500.00 | $ 150.00 |
| 10/16/2020 | Reviewed new section of complaint, email to co-counsel | 0.1 | $ 500.00 | $ 50.00 |
| 10/16/2020 | Efforts to check numbers for letter to court and third amended complaint | 0.3 | $ 500.00 | $ 150.00 |

*HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 10/27/2020 | Reviewed emails and plaintiff's text messages | 0.2 | $ 500.00 | $ | 100.00 |
| 10/28/2020 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 11/5/2020 | Reviewed email from opposing attorney | 0.1 | $ 500.00 | $ | 50.00 |
| 11/16/2020 | Downloaded defendant's discovery, recorded scheduling, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 11/16/2020 | Emails regarding conference regarding discovery follow-up and responses | 0.1 | $ 500.00 | $ | 50.00 |
| 11/17/2020 | Discussed process service issues with co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 11/17/2020 | Conference with co-counsel regarding discovery issues | 0.4 | $ 500.00 | $ | 200.00 |
| 11/17/2020 | Drafted request for production regarding affirmative defenses, email to co-counsel | 0.5 | $ 500.00 | $ | 250.00 |
| 11/17/2020 | Conference with department of labor attorney, email to co-counsel, follow-up email to department of labor | 0.6 | $ 500.00 | $ | 300.00 |
| 11/18/2020 | Reviewed email from co-counsel, emailed response to co-counsel regarding scope of claim | 0.1 | $ 500.00 | $ | 50.00 |
| 11/19/2020 | Reviewed and revised draft response to defense counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 11/23/2020 | Downloaded discovery requests | 0.1 | $ 500.00 | $ | 50.00 |
| 11/23/2020 | Downloaded discovery requests | 0.1 | $ 500.00 | $ | 50.00 |
| 11/24/2020 | Reviewed defendant's letter requesting to file motion to dismiss third amended complaint | 0.2 | $ 500.00 | $ | 100.00 |
| 11/25/2020 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |

**HENAO V. PARTS AUTHORITY**

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 12/1/2020 | Reviewed emails regarding opposition to motion to dismiss, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 12/1/2020 | Opposition to pre-motion letter requesting leave to file motion to dismiss third amended complaint | 3.0 | $ 500.00 | $ | 1,500.00 |
| 12/1/2020 | Researched and drafted response to pre-motion letter motion to dismiss third amended complaint | 3.2 | $ 500.00 | $ | 1,600.00 |
| 12/2/2020 | Reviewed emails, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 12/3/2020 | Reviewed emails and co-counsel's edits to response to pre-motion letter, researched additional arguments | 0.8 | $ 500.00 | $ | 400.00 |
| 12/4/2020 | Reviewed emails regarding opposition to pre-motion letter | 0.2 | $ 500.00 | $ | 100.00 |
| 12/4/2020 | Strategy conference with co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 12/4/2020 | Reviewed defendant's draft status letter to court | 0.1 | $ 500.00 | $ | 50.00 |
| 12/5/2020 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 12/7/2020 | Reviewed draft letter report to court, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 12/8/2020 | Downloaded Parts Authority's supplemental discovery responses and document production, email to opposing attorney | 0.2 | $ 500.00 | $ | 100.00 |
| 12/8/2020 | Reviewed court order | 0.1 | $ 500.00 | $ | 50.00 |
| 12/8/2020 | Prepared for motion to stay argument | 1.2 | $ 500.00 | $ | 600.00 |
| 12/8/2020 | Prepared for discovery dispute call | 0.2 | $ 500.00 | $ | 100.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 12/8/2020 | Prepared for discovery dispute conference, discovery dispute conference, drafted notes | 1.3 | $ 500.00 | $ | 650.00 |
| 12/9/2020 | Prepare for motion to stay argument | 0.6 | $ 500.00 | $ | 300.00 |
| 12/9/2020 | Motion to stay argument | 0.8 | $ 500.00 | $ | 400.00 |
| 12/10/2020 | Reviewed template discovery objections | 0.1 | $ 500.00 | $ | 50.00 |
| 12/10/2020 | Reviewed and revised template objections | 0.7 | $ 500.00 | $ | 350.00 |
| 12/11/2020 | Reviewed emails, downloaded deposition notices | 0.1 | $ 500.00 | $ | 50.00 |
| 12/21/2020 | Downloaded motion to dismiss third amended complaint | 0.1 | $ 500.00 | $ | 50.00 |
| 12/22/2020 | Reviewed defendant's motion to dismiss argument on process service, researched issue and possible responses | 0.9 | $ 500.00 | $ | 450.00 |
| 12/22/2020 | Emails to co-counsel regarding process service | 0.1 | $ 500.00 | $ | 50.00 |
| 12/22/2020 | Drafted argument regarding process service | 0.4 | $ 500.00 | $ | 200.00 |
| 12/22/2020 | Opposition to motion to dismiss third amended complaint | 1.2 | $ 500.00 | $ | 600.00 |
| 12/23/2020 | Opposition to motion to dismiss third amended complaint | 0.2 | $ 500.00 | $ | 100.00 |
| 12/23/2020 | Emails with co-counsel regarding opposition to motion to dismiss | 0.1 | $ 500.00 | $ | 50.00 |
| 12/24/2020 | Opposition to motion to dismiss third amended complaint | 3.9 | $ 500.00 | $ | 1,950.00 |
| 12/25/2020 | Opposition to motion to dismiss third amended complaint, email to co-counsel | 3.7 | $ 500.00 | $ | 1,850.00 |

*HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 12/30/2020 | Reviewed emails regarding discovery issues | 0.1 | $ 500.00 | $ | 50.00 |
| 12/30/2020 | Reviewed questions regarding service, response to co-counsel's office | 0.1 | $ 500.00 | $ | 50.00 |
| 1/4/2021 | Conference with co-counsel regarding tasks needed | 0.2 | $ 500.00 | $ | 100.00 |
| 1/4/2021 | Conference with co-counsel regarding deposition preparation | 0.2 | $ 500.00 | $ | 100.00 |
| 1/4/2021 | Conference with co-counsel regarding mediation availability | 0.1 | $ 500.00 | $ | 50.00 |
| 1/6/2021 | Reviewed email from opposing attorney regarding discovery disputes | 0.1 | $ 500.00 | $ | 50.00 |
| 1/6/2021 | Reviewed mediation dates, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/7/2021 | Reviewed email regarding deposition scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 1/9/2021 | Downloaded and reviewed request for extension | 0.1 | $ 500.00 | $ | 50.00 |
| 1/9/2021 | Reviewed email, downloaded deposition notices | 0.1 | $ 500.00 | $ | 50.00 |
| 1/12/2021 | Reviewed emails regarding method of service, response to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/12/2021 | Conference with co-counsel regarding mediation strategy | 0.1 | $ 500.00 | $ | 50.00 |
| 1/14/2021 | Assisted co-counsel with deposition preparation | 0.2 | $ 500.00 | $ | 100.00 |
| 1/21/2021 | Reviewed forms from mediation service | 0.1 | $ 500.00 | $ | 50.00 |
| 1/21/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 1/21/2021 | Spoke to co-counsel regarding preparation for mediation | 0.2 | $ 500.00 | $ | 100.00 |
| 1/27/2021 | Reviewed emails regarding mediation preparation | 0.1 | $ 500.00 | $ | 50.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 1/27/2021 | Reviewed co-counsel's outline of mediation brief, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/27/2021 | Reviewed email, response to co-counsel regarding tasks needed for mediation brief | 0.1 | $ 500.00 | $ | 50.00 |
| 1/27/2021 | Drafted section of mediation brief on defendant's inability to compel arbitration under Ritmann v. Amazon | 0.9 | $ 500.00 | $ | 450.00 |
| 1/28/2021 | Located source of evidence, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/28/2021 | Emails with co-counsel regarding mediation brief content | 0.2 | $ 500.00 | $ | 100.00 |
| 1/28/2021 | Response to co-counsel regarding mediation brief | 0.1 | $ 500.00 | $ | 50.00 |
| 1/28/2021 | Conference with co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/28/2021 | Reviewed and revised mediation brief | 0.9 | $ 500.00 | $ | 450.00 |
| 2/1/2021 | Reviewed email, response regarding call with mediator | 0.1 | $ 500.00 | $ | 50.00 |
| 2/1/2021 | Conference with mediator | 0.2 | $ 500.00 | $ | 100.00 |
| 2/1/2021 | Signed mediation contract, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 2/2/2021 | Prepared for mediation | 0.2 | $ 500.00 | $ | 100.00 |
| 2/2/2021 | Mediation | 8.1 | $ 500.00 | $ | 4,050.00 |
| 2/4/2021 | Reviewed draft status letter to court, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 2/4/2021 | Conference with co-counsel regarding responses to settlement offer | 0.7 | $ 500.00 | $ | 350.00 |
| 2/4/2021 | Gathered data for further negotiations | 2.2 | $ 500.00 | $ | 1,100.00 |
| 2/8/2021 | Conference with court regarding status and discovery issues, drafted notes | 0.4 | $ 500.00 | $ | 200.00 |
| 2/8/2021 | Looked into discovery issues | 0.2 | $ 500.00 | $ | 100.00 |

*HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 2/8/2021 | Reviewed prior discovery responses, email to co-counsel regarding supplementation needed | 0.2 | $ 500.00 | $ | 100.00 |
| 2/15/2021 | Reviewed and edited opposition to motion to dismiss third amended claim | 1.1 | $ 500.00 | $ | 550.00 |
| 2/16/2021 | Downloaded and reviewed filings | 0.2 | $ 500.00 | $ | 100.00 |
| 2/16/2021 | Conference with co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 2/17/2021 | Reviewed settlement emails | 0.1 | $ 500.00 | $ | 50.00 |
| 2/19/2021 | Reviewed email, checked prior notes, emailed information regarding possible class member to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 2/19/2021 | Reviewed request for extension | 0.1 | $ 500.00 | $ | 50.00 |
| 2/23/2021 | Reviewed reply in support of motion to dismiss | 0.2 | $ 500.00 | $ | 100.00 |
| 3/4/2021 | Reviewed email, response to co-counsel regarding discovery of tax returns, researched further authority | 0.4 | $ 500.00 | $ | 200.00 |
| 3/4/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 4/5/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 4/6/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 4/9/2021 | Conference with co-counsel regarding personal jurisdiction discovery needed | 0.2 | $ 500.00 | $ | 100.00 |
| 4/9/2021 | Reviewed deposition transcript to plan personal jurisdiction discovery | 0.5 | $ 500.00 | $ | 250.00 |
| 4/9/2021 | Reviewed deposition transcript to plan personal jurisdiction discovery | 0.2 | $ 500.00 | $ | 100.00 |
| 4/9/2021 | Researched connection between Diligent entities | 1.0 | $ 500.00 | $ | 500.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 4/9/2021 | Reviewed deposition transcript to prepare for personal jurisdiction discovery | 1.4 | $ 500.00 | $ | 700.00 |
| 4/11/2021 | Researched factual bases for personal jurisdiction over Larry Browne, compiled evidence, email to co-counsel | 3.4 | $ 500.00 | $ | 1,700.00 |
| 4/12/2021 | Reviewed email and proposed order on jurisdictional discovery | 0.1 | $ 500.00 | $ | 50.00 |
| 4/12/2021 | Reviewed email regarding jurisdictional discovery | 0.1 | $ 500.00 | $ | 50.00 |
| 4/12/2021 | Reviewed proposed scheduling plan | 0.1 | $ 500.00 | $ | 50.00 |
| 4/13/2021 | Strategy conference with co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 4/13/2021 | Reviewed, edited, and supplemented discovery request /deposition notice | 0.6 | $ 500.00 | $ | 300.00 |
| 4/13/2021 | Worked with co-counsel on jurisdictional discovery requests | 0.1 | $ 500.00 | $ | 50.00 |
| 4/13/2021 | Reviewed and edited discovery requests | 0.3 | $ 500.00 | $ | 150.00 |
| 4/14/2021 | Downloaded plaintiffs jurisdictional discovery requests | 0.1 | $ 500.00 | $ | 50.00 |
| 4/14/2021 | Reviewed court order regarding jurisdictional discovery, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 4/20/2021 | Emailed ideas to co-counsel regarding limiting jurisdictional discovery | 0.6 | $ 500.00 | $ | 300.00 |
| 4/20/2021 | Reviewed draft status letter to magistrate | 0.1 | $ 500.00 | $ | 50.00 |
| 4/21/2021 | Preliminarily reviewed defendant's discovery dispute email | 0.1 | $ 500.00 | $ | 50.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 4/21/2021 | Reviewed email regarding discovery disputes, suggested response to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 4/22/2021 | Reviewed emails regarding scope of jurisdictional discovery | 0.1 | $ 500.00 | $ | 50.00 |
| 4/22/2021 | Reviewed emails regarding discovery issues/deadlines | 0.1 | $ 500.00 | $ | 50.00 |
| 4/23/2021 | Reviewed email from opposing attorney regarding jurisdictional discovery disputes | 0.1 | $ 500.00 | $ | 50.00 |
| 4/23/2021 | Downloaded defendant's letter brief regarding jurisdictional discovery, preliminarily reviewed it | 0.1 | $ 500.00 | $ | 50.00 |
| 4/23/2021 | Reviewed discovery issues with co-counsel, planned response to letter motion on discovery scope | 0.3 | $ 500.00 | $ | 150.00 |
| 4/23/2021 | Edited discovery compromise email, forwarded to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 4/24/2021 | Researched and drafted opposition to defendant's letter motion seeking to narrow scope of discovery | 1.5 | $ 500.00 | $ | 750.00 |
| 4/24/2021 | Researched and drafted opposition to defendant's letter motion seeking to narrow scope of jurisdictional discovery, email to co-counsel | 0.9 | $ 500.00 | $ | 450.00 |
| 4/25/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 4/26/2021 | Reviewed co-counsel's response to opposition letter brief on scope of jurisdictional discovery, reviewed co-counsel's edits | 0.2 | $ 500.00 | $ | 100.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 4/27/2021 | Reviewed email from opposing attorney, updated draft opposition to letter | 0.4 | $ 500.00 | $ | 200.00 |
| 4/27/2021 | Finalized and electronically filed response to defendant's letter regarding scope of jurisdictional discovery | 0.4 | $ 500.00 | $ | 200.00 |
| 4/27/2021 | Prepared for discovery dispute hearing | 0.3 | $ 500.00 | $ | 150.00 |
| 4/28/2021 | Prepared for discovery dispute hearing | 1.0 | $ 500.00 | $ | 500.00 |
| 4/28/2021 | Discovery dispute hearing, drafted notes | 1.6 | $ 500.00 | $ | 800.00 |
| 4/28/2021 | Conference with co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 4/29/2021 | Reviewed court order on scope of jurisdictional discovery | 0.1 | $ 500.00 | $ | 50.00 |
| 5/3/2021 | Downloaded and preliminarily reviewed defendant's request for production responses and documents | 0.2 | $ 500.00 | $ | 100.00 |
| 5/4/2021 | Organized documents for R30(b)(6) deposition | 0.1 | $ 500.00 | $ | 50.00 |
| 5/4/2021 | Reviewed defendant's request for proposal responses and document production, compared to court order, drafted notes | 0.3 | $ 500.00 | $ | 150.00 |
| 5/4/2021 | Prepared new R30(b)(6) deposition notice, email to co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 5/4/2021 | Conference with co-counsel regarding discovery responses and tasks needed | 0.2 | $ 500.00 | $ | 100.00 |
| 5/4/2021 | Reviewed email from defense attorney regarding R30(b)(6) topics and time length, response to opposing attorney | 0.1 | $ 500.00 | $ | 50.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | |
|---|---|---|---|---|
| 5/6/2021 | Reviewed email, response to opposing attorney regarding deposition scheduling | 0.1 | $ 500.00 | $ 50.00 |
| 5/6/2021 | Finalized and reviewed deposition notice, email to court reporter | 0.2 | $ 500.00 | $ 100.00 |
| 5/7/2021 | Downloaded and shared Zoom link for deposition | 0.1 | $ 500.00 | $ 50.00 |
| 5/7/2021 | Researched corporate connections among defendants | 1.5 | $ 500.00 | $ 750.00 |
| 5/7/2021 | Drafted table of evidence supporting single employer status | 0.8 | $ 500.00 | $ 400.00 |
| 5/7/2021 | Researched personal jurisdiction based on single employer status in Second Circuit | 2.2 | $ 500.00 | $ 1,100.00 |
| 5/7/2021 | Reviewed opposing attorney's email regarding scope of R30(b)(6) deposition, reviewed court order and prior deposition notice, email response to opposing attorney | 0.3 | $ 500.00 | $ 150.00 |
| 5/10/2021 | Reviewed defendant's discovery responses | 0.1 | $ 500.00 | $ 50.00 |
| 5/10/2021 | Follow-up email to opposing attorney regarding deponent's identity | 0.1 | $ 500.00 | $ 50.00 |
| 5/11/2021 | Downloaded deposition exhibits | 0.1 | $ 500.00 | $ 50.00 |
| 5/11/2021 | Prepared for R30(b)(6) deposition on personal jurisdiction issues | 2.2 | $ 500.00 | $ 1,100.00 |
| 5/11/2021 | Email to co-counsel regarding deposition preparation and ideas | 0.1 | $ 500.00 | $ 50.00 |
| 5/12/2021 | Prepared for jurisdictional discovery R30(b)(6) deposition | 1.0 | $ 500.00 | $ 500.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 5/12/2021 | Began supplemental brief on personal jurisdiction | 1.6 | $ 500.00 | $ | 800.00 |
| 5/13/2021 | Prepared for R30(b)(6) deposition | 0.5 | $ 500.00 | $ | 250.00 |
| 5/13/2021 | Reviewed and incorporated co-counsel's additions to R30(b)(6) outline | 0.2 | $ 500.00 | $ | 100.00 |
| 5/13/2021 | Identified and compiled exhibits to serve on opposing attorney | 0.5 | $ 500.00 | $ | 250.00 |
| 5/13/2021 | Emails with court reporter | 0.1 | $ 500.00 | $ | 50.00 |
| 5/13/2021 | Prepared for R30(b)(6) deposition | 0.9 | $ 500.00 | $ | 450.00 |
| 5/14/2021 | Prepared for R30(b)(6) deposition | 0.7 | $ 500.00 | $ | 350.00 |
| 5/14/2021 | Prepared for R30(b)(6) deposition | 1.7 | $ 500.00 | $ | 850.00 |
| 5/14/2021 | Supplemented brief on personal jurisdiction | 0.8 | $ 500.00 | $ | 400.00 |
| 5/15/2021 | Supplemented brief on personal jurisdiction | 0.8 | $ 500.00 | $ | 400.00 |
| 5/16/2021 | Downloaded deposition transcript and exhibits | 0.1 | $ 500.00 | $ | 50.00 |
| 5/16/2021 | Reviewed R30(b)(6) deposition, drafted notes, supplemented breief on personal jurisdiction from depo testimony | 2.8 | $ 500.00 | $ | 1,400.00 |
| 5/17/2021 | Revised and enhanced supplemental brief on personal jurisdiction | 1.0 | $ 500.00 | $ | 500.00 |
| 5/20/2021 | Reviewed co-counsel's edits to supplemental brief on personal jurisdiction, reviewed evidence of frequency of contacts | 0.4 | $ 500.00 | $ | 200.00 |
| 5/20/2021 | Researched new argument for supplemental brief | 0.6 | $ 500.00 | $ | 300.00 |
| 5/20/2021 | Reviewed, revised, and finalized supplemental brief, compiled and referenced exhibits | 2.0 | $ 500.00 | $ | 1,000.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2021 | Finalized supplemental brief, prepared exhibits | 1.0 | $ 500.00 | $ | 500.00 |
| 5/21/2021 | Finalized exhibits, electronic case filing | 0.8 | $ 500.00 | $ | 400.00 |
| 5/27/2021 | Reviewed deponent's errata sheet | 0.1 | $ 500.00 | $ | 50.00 |
| 5/28/2021 | Reviewed defendant's supplemental brief | 0.2 | $ 500.00 | $ | 100.00 |
| 6/30/2021 | Reviewed email, preliminarily reviewed draft discovery responses | 0.1 | $ 500.00 | $ | 50.00 |
| 7/2/2021 | Reviewed ruling on motion to dismiss | 0.2 | $ 500.00 | $ | 100.00 |
| 7/2/2021 | Reviewed emails regarding brainstorming/strategy | 0.1 | $ 500.00 | $ | 50.00 |
| 7/6/2021 | Reviewed discovery dispute letter regarding R30(b)(6) deposition, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 7/9/2021 | Reviewed email regarding meet and confer issues/R30(b)(6) witness preparation | 0.1 | $ 500.00 | $ | 50.00 |
| 7/10/2021 | Reviewed deposition notice, planned for deposition, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 7/12/2021 | Conference with co-counsel regarding discovery responses and deposition scheduling/coverage | 0.2 | $ 500.00 | $ | 100.00 |
| 7/12/2021 | Reviewed email regarding deponents' availability | 0.1 | $ 500.00 | $ | 50.00 |
| 7/13/2021 | Reviewed email, response to co-counsel regarding meet and confer efforts | 0.1 | $ 500.00 | $ | 50.00 |
| 7/20/2021 | Preliminarily researched Parts Authority's request for separate depositions | 0.3 | $ 500.00 | $ | 150.00 |
| 7/20/2021 | Conference with co-counsel regarding deposition scheduling/defendant's requests | 0.3 | $ 500.00 | $ | 150.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | |
|---|---|---|---|---|
| 7/21/2021 | Reviewed impact of Arizona motion to dismiss order, drafted summary impact/recommendations memo/email | 1.0 | $ 500.00 | $          500.00 |
| 7/20/2021 | Reviewed co-counsel's notes, response to co-counsel | 0.1 | $ 500.00 | $           50.00 |
| 7/22/2021 | Reviewed emails, checked need for interpreter, response to defense counsel | 0.1 | $ 500.00 | $           50.00 |
| 7/22/2021 | Reviewed emails regarding R30(b)(6) issues | 0.1 | $ 500.00 | $           50.00 |
| 7/30/2021 | Strategy conference with co-counsel | 0.2 | $ 500.00 | $          100.00 |
| 7/30/2021 | Reviewed draft email regarding deposition scheduling | 0.1 | $ 500.00 | $           50.00 |
| 8/5/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $           50.00 |
| 8/10/2021 | Scanned defendant's discovery dispute letter | 0.1 | $ 500.00 | $           50.00 |
| 8/13/2021 | Strategy conference with co-counsel | 0.2 | $ 500.00 | $          100.00 |
| 8/13/2021 | Reviewed and revised status letter to court | 0.4 | $ 500.00 | $          200.00 |
| 8/13/2021 | Reviewed cover email to co-counsel | 0.1 | $ 500.00 | $           50.00 |
| 8/19/2021 | Reviewed draft status letter to court, email to co-counsel | 0.1 | $ 500.00 | $           50.00 |
| 8/22/2021 | Strategy conference with co-counsel | 0.3 | $ 500.00 | $          150.00 |
| 8/23/2021 | Conference with court regarding discovery and scheduling issues, drafted notes | 0.7 | $ 500.00 | $          350.00 |
| 8/23/2021 | Reviewed draft email to opposing attorney | 0.1 | $ 500.00 | $           50.00 |
| 8/24/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $           50.00 |

*HENAO V. PARTS AUTHORITY*

## MARK POTASHNICK TIME ENTRIES

| | | | | | |
|---|---|---|---|---|---|
| 8/27/2021 | Conference with co-counsel regarding search terms and tasks needed | 0.2 | $ 500.00 | $ | 100.00 |
| 8/27/2021 | Reviewed search terms, email to co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 8/27/2021 | Reviewed omnibus follow-up email to defense counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 8/31/2021 | Reviewed letter from defendant to court regarding suggested next steps | 0.1 | $ 500.00 | $ | 50.00 |
| 9/8/2021 | Strategy emails with co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 9/8/2021 | Reviewed court order, strategy email to co-counsel | 0.4 | $ 500.00 | $ | 200.00 |
| 9/8/2021 | Strategy conference with co-counsel, drafted notes | 0.2 | $ 500.00 | $ | 100.00 |
| 9/8/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 9/8/2021 | Researched options for response to court order | 0.8 | $ 500.00 | $ | 400.00 |
| 9/8/2021 | Strategy emails with co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 9/9/2021 | Reviewed emails regarding tasks needed | 0.1 | $ 500.00 | $ | 50.00 |
| 9/9/2021 | Email to co-counsel regarding pros and cons of transfer back to District of Arizona | 0.1 | $ 500.00 | $ | 50.00 |
| 9/9/2021 | Reviewed court filings | 0.1 | $ 500.00 | $ | 50.00 |
| 9/9/2021 | Researched ability to bring Arizona state claim, email to co-counsel | 0.5 | $ 500.00 | $ | 250.00 |
| 9/9/2021 | Spoke to co-counsel regarding options | 0.2 | $ 500.00 | $ | 100.00 |
| 9/13/2021 | Reviewed documents relevant to transfer back to District of Arizona | 0.3 | $ 500.00 | $ | 150.00 |
| 9/13/2021 | Drafted letter to court regarding possible transfer back to District of Arizona | 0.4 | $ 500.00 | $ | 200.00 |
| 9/13/2021 | Researched and drafted letter to SDNY | 1.4 | $ 500.00 | $ | 700.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 9/13/2021 | Conference with co-counsel regarding settlement | 0.1 | $ 500.00 | $ | 50.00 |
| 9/13/2021 | Researched authority for letter to court | 0.5 | $ 500.00 | $ | 250.00 |
| 9/13/2021 | Reviewed and revised letter to court regarding Cyprian transfer issue | 0.3 | $ 500.00 | $ | 150.00 |
| 9/15/2021 | Strategy conference with co-counsel | 0.4 | $ 500.00 | $ | 200.00 |
| 9/16/2021 | Conference with client | 0.2 | $ 500.00 | $ | 100.00 |
| 9/16/2021 | Email proposing settlement to opposing attorney | 0.2 | $ 500.00 | $ | 100.00 |
| 9/17/2021 | Reviewed email, recorded Scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 9/17/2021 | Email with opposing attorney regarding settlement terms | 0.3 | $ 500.00 | $ | 150.00 |
| 9/20/2021 | Meet and confer call, drafted notes | 1.0 | $ 500.00 | $ | 500.00 |
| 9/22/2021 | Discovery dispute call, drafted notes | 0.7 | $ 500.00 | $ | 350.00 |
| 9/30/2021 | Reviewed draft letter to court regarding rescheduling hearing | 0.1 | $ 500.00 | $ | 50.00 |
| 10/2/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 10/4/2021 | Reviewed email regarding tasks needed, response to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 10/6/2021 | Strategy conference with co-counsel regarding discovery issues | 0.2 | $ 500.00 | $ | 100.00 |
| 10/6/2021 | Prepared for discovery meet and confer call | 0.6 | $ 500.00 | $ | 300.00 |
| 10/6/2021 | Discovery meet and confer call, drafted notes | 0.8 | $ 500.00 | $ | 400.00 |
| 10/14/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 10/15/2021 | Strategy conference with co-counsel | 0.3 | $ 500.00 | $ | 150.00 |
| 10/15/2021 | Settlement email to opposing attorney | 0.1 | $ 500.00 | $ | 50.00 |
| 10/17/2021 | Efforts to cover deposition | 0.4 | $ 500.00 | $ | 200.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2021 | Emails regarding settlement | 0.1 | $ 500.00 | $ | 50.00 |
| 10/20/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $ | 50.00 |
| 10/21/2021 | Spoke to co-counsel regarding deposition issue | 0.1 | $ 500.00 | $ | 50.00 |
| 10/22/2021 | Settlement email to opposing attorney | 0.1 | $ 500.00 | $ | 50.00 |
| 10/22/2021 | Phone conference with opposing attorney regarding settlement numbers, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 10/22/2021 | Prepped to prepare plaintiff for deposition | 3.6 | $ 500.00 | $ | 1,800.00 |
| 10/23/2021 | Prepped deponent | 1.0 | $ 500.00 | $ | 500.00 |
| 10/23/2021 | Reviewed deponent's documents | 0.2 | $ 500.00 | $ | 100.00 |
| 10/25/2021 | Called plaintiff to obtain evidence | 0.1 | $ 500.00 | $ | 50.00 |
| 10/29/2021 | Called plaintiff regarding document productions | 0.1 | $ 500.00 | $ | 50.00 |
| 10/30/2021 | Tried to reach plaintiff for deposition preparation | 0.2 | $ 500.00 | $ | 100.00 |
| 10/30/2021 | Email to co-counsel regarding settlement | 0.1 | $ 500.00 | $ | 50.00 |
| 10/30/2021 | Spoke to plaintiff, scheduled deposition preparation | 0.1 | $ 500.00 | $ | 50.00 |
| 10/30/2021 | Prepared for deposition preparation | 0.4 | $ 500.00 | $ | 200.00 |
| 10/31/2021 | Prepared for deposition preparation | 0.1 | $ 500.00 | $ | 50.00 |
| 10/31/2021 | Tried to reach plaintiff for deposition preparation | 0.2 | $ 500.00 | $ | 100.00 |
| 10/31/2021 | Deposition preparation | 0.7 | $ 500.00 | $ | 350.00 |
| 11/1/2021 | Emails to plaintiff and opposing attorney regarding deposition | 0.1 | $ 500.00 | $ | 50.00 |
| 11/1/2021 | Reviewed email from plaintiff, spoke to plaintiff regarding need to appear for deposition | 0.2 | $ 500.00 | $ | 100.00 |
| 11/1/2021 | Efforts to reschedule deposition | 0.4 | $ 500.00 | $ | 200.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | |
|---|---|---|---|---|
| 11/1/2021 | Strategy conference with co-counsel | 0.2 | $ 500.00 | $       100.00 |
| 11/2/2021 | Reviewed emails, efforts to reschedule deposition | 0.2 | $ 500.00 | $       100.00 |
| 11/3/2021 | Called plaintiff regarding deposition | 0.1 | $ 500.00 | $         50.00 |
| 11/3/2021 | Strategy conference | 0.3 | $ 500.00 | $       150.00 |
| 11/3/2021 | Called deponent | 0.1 | $ 500.00 | $         50.00 |
| 11/4/2021 | Discovery conference with court, drafted notes | 1.6 | $ 500.00 | $       800.00 |
| 11/4/2021 | Spoke to opposing attorney, drafted notes, emails to co-counsel | 0.2 | $ 500.00 | $       100.00 |
| 11/5/2021 | Reviewed court order, recorded scheduling | 0.1 | $ 500.00 | $         50.00 |
| 11/8/2021 | Called Heneo and M. Williams again regarding deposition scheduling | 0.1 | $ 500.00 | $         50.00 |
| 11/8/2021 | Emails with co-counsel regarding deposition scheduling | 0.2 | $ 500.00 | $       100.00 |
| 11/8/2021 | Quick review of ESI protocol, cmail to co-counsel | 0.2 | $ 500.00 | $       100.00 |
| 11/9/2021 | Strategy conference with co-counsel | 0.3 | $ 500.00 | $       150.00 |
| 11/11/2021 | Draft settlement email | 0.1 | $ 500.00 | $         50.00 |
| 11/11/2021 | Effort to settle claim | 0.3 | $ 500.00 | $       150.00 |
| 11/11/2021 | Reviewed email from opposing attorney, response email | 0.2 | $ 500.00 | $       100.00 |
| 11/11/2021 | Sent revised settlement demand | 0.2 | $ 500.00 | $       100.00 |
| 11/11/2021 | Conference with co-counsel, efforts to settle case | 0.4 | $ 500.00 | $       200.00 |
| 11/11/2021 | Settlement email to opposing attorney | 0.1 | $ 500.00 | $         50.00 |
| 11/15/2021 | Reviewed draft response email to opposing attorney | 0.1 | $ 500.00 | $         50.00 |
| 1/11/2022 | Reviewed checks transmittal letter, email to co-counsel | 0.3 | $ 500.00 | $       150.00 |

*HENAO V. PARTS AUTHORITY*

**MARK POTASHNICK TIME ENTRIES**

| | | | | | |
|---|---|---|---|---|---|
| 1/11/2022 | Reviewed proposed order, email to co-counsel | 0.1 | $ 500.00 | $ | 50.00 |
| 1/12/2022 | Reviewed edits to checks transmittal letter | 0.1 | $ 500.00 | $ | 50.00 |
| 1/20/2022 | Strategy conference with co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| 1/20/2022 | Reviewed checks letter, email to co-counsel | 0.2 | $ 500.00 | $ | 100.00 |
| | | 275.7 | | $ | 137,850.00 |