```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
DAVIDSON HENAO et al.,                                        :
                               Plaintiffs,                    :
                                                              :     19 Civ. 10720 (LGS)
                  -against-                                   :
                                                              :     ORDER
PARTS AUTHORITY, LLC, et al.,                                 :
                               Defendants.                    :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 3, 2022, the parties filed a letter motion for approval of a proposed settlement for the remaining Named Plaintiffs Davidson Henao, Miguel Mero, Rasheem Martin, Shawn Williams and Omobowale Avoseh, and Opt-In Plaintiffs Ralph Brea, Martin Williams Jr. and Maurice Headd (collectively, "Plaintiffs") in this action.

      WHEREAS, on March 18, 2022, at the Court's direction, the parties supplemented their motion by providing contemporaneous billing records for Plaintiffs' counsel.  It is hereby

      **ORDERED** that the settlement agreements are **APPROVED** as fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206–07 (2d Cir. 2015); *Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable).  The settlement amounts range from thirty-six to ninety-two percent of the estimated recovery for each plaintiff, which is within the range of recovery in this District.  *See Kassman v. KPMG LLP*, No. 11 Civ. 3743, 2021 WL 1393296, at *3 (S.D.N.Y. Apr. 12, 2021).  It is further

      **ORDERED** that Plaintiffs' counsel's request for $25,650.00 as reasonable attorneys' fees and costs is **GRANTED**.  These fees and costs represent thirty-five percent of the settlement amount and costs, which is within the range of acceptable fee awards in this District.  *See*

*Kassman,* 2021 WL 1393296, at *4.  The remainder of the settlement shall be distributed to Plaintiffs.  It is further

**ORDERED** that Plaintiffs' claims are dismissed with prejudice.  It is further

**ORDERED** that by **March 25, 2022**, the parties shall file a letter stating whether there are any unresolved issues, or if the case may be closed.

The Clerk of Court is respectfully directed to close the motion at Docket No. 204.

Dated: March 22, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**